Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

*Reopen Amended Complaint*

Andre Ali
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Scotia Group Management LLC
Amended adding Parties
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-18-00124-TUC-JGZ
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

(Note NEED Assistance Serving Defendants Federal / International)

Crimes Against Moorish American Aboriginal and Indigenous To Northwest Amexem / North America

## COMPLAINT FOR A CIVIL CASE

ATT: Supersede General Order !!! 1

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andre H. Ali
Street Address: 1238 S San Jacinto
City and County: Moroco (Tucson *)
State and Zip Code: (Arizona Territory) North West Amexem / North America
Telephone Number: 520-789-0347
E-mail Address: highandeh o gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Discrimination, Illegal Eviction, False Arrest, Failure To recognize Nationality. Retaliation, False Claims Act. Slavery, Racketeering (Black Codes) Terrorizim

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE Letter FROM Pope To U.S.A. Corp.
$ 23.7 Billion more Evidence see CASE # 4:17-CV-00546-BGM



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Treaty of Peace And Friendship (SEE Affidavit of Fact) 13th Amendment*

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.   If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the
        State of *(name)* _____.

   b.   If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.   If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Tucson Police / Tucson City Court
Job or Title (if known):
Street Address: 103 E Alameda ST.
City and County: Tucson U.S.A Corporation
State and Zip Code: AZ 85726-7210
Telephone Number: 520-791-4216
E-mail Address (if known):

**Defendant No. 2**
Name: STATE OF ARIZONA
Job or Title (if known): DES
Street Address: 3443 N Central AVE, Suite 600
City and County: PHX U.S.A Corp
State and Zip Code: P.O Box 6123 85005
Telephone Number: 602 771-8080
E-mail Address (if known):

**Defendant No. 3**
Name: ECMC
Job or Title (if known): Debt Collection
Street Address: P.O. Box 64909
City and County: ST Paul U.S.A Corp
State and Zip Code: MN 55164-0909
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: U.S Department of The Treasury
Job or Title (if known): U.S. Department of Education / S.S. Office
Street Address: 1500 Pennsylvania Ave,
City and County: Washington
State and Zip Code: D.C 20220
Telephone Number: 1-202-622-2000
E-mail Address (if known):

**Defendant No. 1**
Name: City of Tucson Risk management
Job or Title (if known): Tucson Police Dept / City Attorney
Street Address: 255 West Alameda 9th floor
City and County: Tucson Pima
State and Zip Code: Arizona 85726-7210
Telephone Number: 520-791-4104
E-mail Address (if known):

**Defendant No. 2**
Name: U.S Department of Education
Job or Title (if known): C/o Education Credit MNGMT Corp.
Street Address: P.O Box 16288 St. Paul
City and County: St. Paul
State and Zip Code: MN
Telephone Number: 1800-304-3107
E-mail Address (if known):

**Defendant No. 3**
Name: Matthew D Koglmeier
Job or Title (if known): Attorney
Street Address: 715 North Gilbert Rd, Suite 2
City and County: Mesa Maricopa
State and Zip Code: Arizona 85203
Telephone Number: 480-962-5353
E-mail Address (if known):

**Defendant No. 4**
Name: Doug Ducey State of Arizona
Job or Title (if known): Governor
Street Address: 1700 W Washington
City and County: Phoenix Maricopa
State and Zip Code: 85007 AZ
Telephone Number: 602-542-4331
E-mail Address (if known):