# Oxford Public International Law



### Lieber Code

**Patryk I Labuda**

**Content type:** Encyclopedia entries

**Article last updated:** September 2014

**Product:** Max Planck Encyclopedia of Public International Law [MPEPIL]

**Subject(s):**

1815 to World War I — Conduct of hostilities — Ius in bello

Published under the auspices of the Max Planck Foundation for International Peace and the Rule of Law under the direction of Rüdiger Wolfrum.

## A. Introduction

**1** The Lieber Code is sometimes referred to as the first modern codification of the laws of war (→ *Humanitarian Law, International*). Promulgated at the height of the → *American Civil War* (1861–65), it proposed a set of rules to govern the conduct of hostilities by the United States armies ('Union' or 'North') against the Confederate States of America ('Confederacy' or 'South'). Named after its main author, Francis Lieber, the Code regulated a variety of legal issues, in particular the interplay between → *military necessity* and the principle of humanity (→ *Humanity, Principle of*), the status of persons involved in armed conflict (→ *Combatants*; → *Civilian Population in Armed Conflict*), as well as permissible methods and means of warfare (→ *Warfare, Methods and Means*). A concise restatement of then existing custom, Lieber's work lies at the heart of many subsequent efforts to devise binding rules of international humanitarian law, including several countries' → *manuals on the laws of armed conflict* and at the → *Hague Peace Conferences (1899 and 1907)*.

## B. Historical Background

**2** The civil war between the South and the North raised a variety of legal issues relating to non-international armed conflict (→ *Armed Conflict, Non-International*). Shortly after the outbreak of hostilities, the Union was confronted with the question of whether to treat captured Confederate soldiers as traitors, subject to the death penalty under domestic law, or rather as prisoners of war ('POW'), under the international law of war. Given that it did not want to recognize the legality of the Confederacy's → *secession*, the North adopted pragmatic policies acknowledging the existence of hostilities, but without legitimizing the South's claims to independence (→ *Territorial Integrity and Political Independence*; → *Self-Determination*). For instance, two military orders issued in 1861 (General Orders 8 and 13) granted Confederate soldiers POW protections, thereby implicitly acknowledging the South's → *belligerency*. However, as the conflict festered, Union commanders, bereft of legal guidance, reached conflicting decisions on various legal questions. Subsequent military orders dealt with such questions on an ad hoc basis, but there was no generally applicable Union policy on the laws of war.

**3** Cognizant of the problem, in late 1862, Henry W Halleck, general-in-chief of the Union armies, asked Francis Lieber, a Columbia Law School professor, to propose a set of detailed rules that could guide the Union's war effort. Lieber, a native of Prussia who had fought in the Napoleonic Wars and later immigrated to the United States, was a respected scholar with strong pro-Union views. He had published on, *inter alia*, international law, and began teaching a course on 'The Laws and Usages of War' at Columbia in 1861. Hostile to slavery, despite living in South Carolina for 21 years, he had a deep personal investment in the Civil War, with two of his sons fighting for the Union and a third dying in combat for the South.

**4** In early 1863, Lieber drafted a short manual restating the main principles and rules applicable in times of war. The text was endorsed by a committee of four generals and then promulgated, in May 1863, by the Union President, Abraham Lincoln, as 'General Orders, No. 100: Instructions for the Government of Armies of the United States in the Field.' Much to Lieber's disappointment, the term 'code' was dropped from the document (a codification would have required legislative approval and Lincoln wanted to avoid a protracted debate in the US Congress). Issued as an executive order, the Instructions—referred to as the 'Lieber Code' since the end of the Civil War—were distributed to officers in the field, and served as the main authority on legal matters arising from the war until the end of hostilities in 1865. Though the South initially denounced the Code as 'confused, unassorted, and undiscriminating' (James Seddon to Robert

Ould [24 June 1863] Official Records series 2 vol 6, 41), and continued to object to some of its provisions until the end of the war, the Confederate government did, in fact, endorse and apply many of its rules.

## C.  The Code and Its Contents

**5**  The Lieber Code codified 'that branch of the law of nature and nations which is called the law and usages of war on land' regulating 'action between hostile armies' (Art. 40). A succinct compilation of then existing rules and custom, it addressed a wide range of topics. Several core principles of modern international humanitarian law are discernible in the text, albeit with significant differences as to their scope: the principles of humanity (→ *Humanity, Principle of*) and → *military necessity*, the distinction between civilians and combatants, and certain inviolable rules such as the prohibitions of → *perfidy* or torture (→ *Torture, Prohibition of*) (see below). Conversely, the Code also included norms that are no longer considered admissible in modern international humanitarian law, for instance giving no quarter to the enemy (Arts 61–63, 66), starvation of non-combatants (Art. 17), or executions of prisoners of war (Art. 59 *in fine*).

**6**  The Code consisted of just 157 provisions, subdivided into ten sections. Though the first section laid down a few general principles, the Code was not a systematic or comprehensive treatment of the law of war. Norms of general applicability frequently appeared alongside very detailed rules, and unlike the dry legalistic prose of modern codifications, many rules were explained in a vivid and verbose manner. Realizing that the Code would be distributed in the middle of an on-going war, Lieber wanted the text to be sufficiently self-explanatory to enable direct use. The brain child of one person, the Code's style also reflected Lieber's own involvement with the conflict and the battlefield realities of the American Civil War.

**7**  The Lieber Code is notable for not being confined to the law of war in the narrow sense (*ius in bello*; Lieber consistently used the term 'law of war', instead of its modern equivalents: international humanitarian law or the law of armed conflict). Writing in the just war tradition, Lieber incorporated ethical considerations into the text, which sometimes blurred the difference between *ius in bello* and *ius ad bellum* (→ *Use of Force, Prohibition of*). As a result, the Code regulated a number of familiar law-of-war topics, including the distinction between combatants and civilians, rules applicable to prisoners of war, proscribed methods of war, the treatment of irregular troops (Arts 81–104, 153–55), rules for the confiscation and destruction of property in enemy territory (Arts 31–33), and the protection of cultural property (Arts 34–36; → *Cultural Property, Protection in Armed Conflict*). However, it also addressed broader issues, such as the nature of states and sovereignties, the nature of 'public war' (Art. 20), and the permissible ends of war (Arts 29–30).

## D.  Specific Issues

### 1.  Military Necessity and Humanity

**8**  In a well-known passage, the Lieber Code defined → *military necessity* as '… consist[ing] in the necessity of those measures which are indispensable for securing the ends of war, and which are lawful according to the modern law and usages of war' (Art. 14). Depending on whether emphasis is placed on the first or second part of the sentence, the clause could be read as either a limitation of the methods of war or license for unbridled destruction. The Code's norms reflected this tension between what Lieber perceived as the necessities and ends of war, on the one hand, and the principles of 'justice, honor, and humanity' (Art. 4), on the other.

**9**  The Code invoked the principle of humanity (→ *Humanity, Principle of*) in several provisions; most notably, it proclaimed that 'military necessity does not admit of cruelty—that is, the infliction of suffering for the sake of suffering or for revenge ... [and] does not include any act of hostility which makes return to peace unnecessarily difficult' (Art. 16). Later it added: 'Peace is [the] normal condition; war is the exception' (Art. 29). The Code's emphasis on the dictates of humanity was reflected in its provisions on the ethical and humane treatment of civilian populations (disclaiming a common pre-19th century norm that made all civilians enemies by association), the prohibition on the use of malice, poison and torture, (Arts 68, 22), and its detailed exposition of the rights and duties that prisoners of war and their captors possessed (Arts 49–80, 105–10).

**10**  Despite the humanitarian impulses of some provisions, the Code subordinated the principle of humanity to the overriding demands of military victory. 'To save the country is paramount ...', the Code famously proclaimed (Art. 5), reflecting Lieber's belief that nationalism was a supreme value in the conflict between the South and the North. Chief among Lieber's sources of inspiration was Carl von Clausewitz, the renowned Prussian military theorist, whose imprimatur can be found in provisions such as: 'The more vigorously wars are pursued the better it is for humanity. Sharp wars are brief' (Art. 29). Nationalism, realism and Enlightenment principles formed the doctrinal fulcrum of the Code, which stood in stark contrast to the European tradition of humanitarianism epitomized by the codification efforts of the → *International Committee of the Red Cross (ICRC)*.

**11**  Thus, while the Code embraced humanity as a core tenet of the law of war, violations of humanitarian norms were justifiable in cases of military necessity, which Lieber appeared to assimilate with the righteousness of the cause of war. Because the Code conflated *ius in bello* and *ius ad bellum* principles, it implicitly justified both humane and cruel wars. In other words, though humanity remained a basic feature of the Code, every norm could be derogated from in times of military necessity. Distinct from their modern iterations, Lieber's principles of humanity and military necessity are better understood as a validation of just war theory, in which the justness of the cause trumped, ultimately, all other considerations.

## 2.  The Principle of Distinction

**12**  The Lieber Code distinguished between 'combatants' and 'non-combatants.' Only the former were entitled to the privilege of belligerency, or—in modern parlance—the combatant's privilege: 'So soon as a man is armed by a sovereign and takes the soldier's oath of fidelity he is a belligerent; his killing, wounding, or other warlike acts are no individual crimes or offenses' (Art. 57). Soldiers were allowed to participate in combat, without being liable to criminal prosecution under national law, as long as they did not violate the laws of war (Arts 44 and 47). Upon capture, they were also entitled to prisoner-of-war treatment (see below).

**13**  Reflecting the realities of the Civil War, where various Confederate sympathizers operated behind enemy lines and engaged in the equivalent of modern 'irregular and asymmetric' warfare, the Code set out in great detail who enjoyed protected status as a combatant. Thus, partisans, or 'soldiers armed and wearing the uniform of their army' (Art. 81), and people participating in a *levée en masse* (Art. 51) enjoyed the privilege of belligerency. By contrast, → *guerrilla forces* (Art. 82, the term did not appear in the Code itself, but is well known from Lieber's other writings), scouts and single soldiers (Art. 83), armed prowlers (Art. 84), war rebels within occupied territory (Art. 85) and → *spies* (Art. 88) did not qualify as combatants. Their actions were, in most cases, punishable by death.

**14**  The Code's detailed regulation of combatancy contrasted with its terse rules on the status and rights of 'non-combatants' (→ *Civilian Population in Armed Conflict*). Influenced by the pre-modern tradition of the law of war, Lieber considered '[t]he citizen or native of a hostile country ... an enemy, as one of the constituents of the hostile state or nation...' (Art. 22). Although this norm appeared to validate the view that non-combatants were exposed to the hardships of war by virtue of their assimilation with the enemy (→ *Enemies and Enemy Subjects*), other provisions nuanced this position. For instance, the Code stated that '[i]n modern regular wars ... protection of the inoffensive citizen of the hostile country is the rule ...' (Art. 25), adding elsewhere that '[p]rivate citizens are no longer murdered, enslaved, or carried off to distant parts ...' (Art. 23).

**15**  However, the Code also established a number of derogations from the principle that civilians should be spared from combat. Though it embraced the principle of distinction generally, and included a few protections for non-combatants, Union commanders were permitted to starve the unarmed belligerent if 'it leads to the speedier subjection of the enemy' (Art. 17), drive back non-combatants to a besieged area 'so as to hasten on the surrender' (Art. 18), and bombard cities without prior notification (Art. 19; → *Bombardment*). The Confederacy denounced these aspects of the Code, anticipating presciently that it authorized Union commanders to engage in harsh combat. Arguably, General William T Sherman, in consultation with General Halleck, put into practice these very derogations during the evacuation of Atlanta's civilian population and his 'scorched earth' campaign in Georgia in 1864 (known as Sherman's 'March to the Sea').

## 3.  Prisoners of War

**16**  Besides defining who could benefit from → *prisoners of war* ('POW') status (in principle, everyone entitled to combatant status), the Code contained detailed rules regarding their treatment. Thus, '[a] prisoner of war is subject to no punishment for being a public enemy, nor is any revenge wreaked upon him by the intentional infliction of any suffering, or disgrace, by cruel imprisonment, want of food, by mutilation, death, or any other barbarity' (Art. 56). Further clauses addressed conditions of confinement (Arts 74, 75 and 76), methods of surrender (Art. 73) and how to perform prisoner swaps (Arts 105–10). Although both the Union and the Confederacy struggled to meet the Code's requirements regarding POWs, Southern prison camps became especially infamous during the war due to their poor detention standards.

**17**  Despite its humanitarian protections for prisoners, the Code did not outlaw the possibility of retaliatory measures against POWs (Art. 59). In fact, the possibility of prisoner executions in retaliation for violations of the laws of war committed by the enemy was expressly permitted. The Union and the Confederate governments resorted to retaliation against POWs on a number of occasions. The Civil War's horrors prompted efforts to ameliorate the protection of POWs, leading to the 1929 Geneva Convention relative to the treatment of Prisoners of War.

## 4.  Prohibited Methods of War

**18**  The Code appeared to lay down several peremptory prohibitions. It did not permit 'the use of poison in any way' (Art. 16), or resorting to torture (Arts 16 and 80; → *Torture, Prohibition of*) or → *perfidy* (Arts 16, 63, 65, 101 and 117). The use of enemy uniforms or enemy emblems was banned (→ *Emblems, Internationally Protected*). Abusing flags of protection (→ *Flags of Truce*) was considered an act of bad faith, which allowed a party to the conflict to stop recognizing their validity. It remains unclear whether Lieber's doctrine of military necessity (see above) permitted derogations from these prohibitions, as no court cases tested their scope during the Civil War.

## 5. Retaliation

**19**  Though Lieber acknowledged the 'stern' nature of belligerent → *reprisals*, the Code proclaimed that 'the law of war can no more wholly dispense with retaliation than can the law of nations....' (Art. 27). It required only that retaliation (Lieber used this term, not the modern equivalent 'reprisal') be used as a last resort ('unavoidably') and 'after careful inquiry into the real occurrence and the character of the misdeeds that may demand retribution' (Art. 28). Though the Code did not actually define retaliation, both the Union and the Confederacy used a wide range of retaliatory measures to sanction prior violations of the laws of war, as an inducement to cease further violations, and as a bargaining chip in disputes over the legality of the opponent's war methods. Confederate reprisals against black Union soldiers generated significant controversy during and after the war (see below).

## 6. Slavery

**20**  The Union and the Confederacy disagreed profoundly over the status of slaves in the Civil War. Although the pre-Civil War US Constitution authorized and protected → *slavery*, the legal status of slaves entering Union territory emerged as a highly contentious issue shortly after the outbreak of hostilities. Initially the Union had no unified policy on how to treat runaway slaves, which led to conflicting decisions by its generals. Some adhered to antebellum law and returned slaves to their Southern masters, others declared them → *contraband* (confiscated property), while yet others set them free. In March 1862 Lincoln ordered runaway slaves to no longer be returned to their masters, and in January 1863, by way of the Emancipation Proclamation, all slaves in Confederate—but not Union—territory were declared free. This triggered the Union's recruitment of large numbers of black soldiers, including many former slaves who had escaped from the South.

**21**  The Confederacy argued consistently throughout the war that the laws of war prohibited the freeing of enemy slaves, who—from a legal standpoint—remained their masters' private property. Pre-Civil War American doctrine and practice supported this view, with the United States government denouncing the unlawful and uncompensated taking of slaves by the British during the Revolutionary War and the War of 1812 (Witt 70–79). Attempts to free and enlist slaves were an inducement to 'servile insurrection', which—according to the Confederate secretary of war, James Seddon—constituted 'a departure from the usages of nations and an abandonment of the rules of civilized warfare' (James Seddon to Jefferson Davis [3 November 1864 (Official Records series 4 vol 3, 769). The logical conclusion, argued the Confederacy, was that runaway slaves should be returned to their masters. As for runaway slaves already fighting on behalf of the Union, given that they lacked combatant status, the South argued they could be either lawfully re-enslaved or summarily executed as criminals.

**22**  Lieber waded into this fractious debate by arguing that the law of nations prohibited discrimination based on colour (Art. 58), and that, under the law of war, slaves who crossed into enemy territory became free (Arts 42 and 43). The Code required all soldiers—implicitly also black soldiers (whether former slaves or free blacks)—to be accorded combatant status, and thus POW protections upon capture. Thus, it also prohibited executions of black soldiers or their white commanders (Art. 57). Re-enslavement was explicitly prohibited (Art. 58). The South rejected these aspects of the Lieber Code and insisted that former slaves did not enjoy combatant status. This led to many disagreements. Rejecting the Confederacy's policy of denying POW protections to black soldiers, the Union suspended prisoner exchanges on a few occasions. Confederate commanders refused to negotiate with blacks under a flag of truce. Most seriously, credible and well-documented reports emerged during the conflict of racial atrocities perpetrated by Confederate troops. Historians agree that executions of black troops occurred, though disagreement persists as to the

scale and nature (in particular, whether the Confederacy actually endorsed a 'no quarter' policy for black Union troops) of the practice.

## E.  Significance and Assessment

**23**  Historians agree that the Lieber Code's impact during the Civil War was probably scant. Most commanders knew but ignored the Code. Though a few military commissions invoked the Code in trials involving the laws of war, its greatest influence came after the cessation of hostilities. Several militaries adopted Lieber's rules (eg the Netherlands, Great Britain, Spain, Russia and France), initially with few amendments (eg the Prussian army translated and adopted the Code as such), and later with more substantial revisions that reflected the changing realities of war. According to one historian, Lieber's codification was 'the quarry from which all the subsequent codes were cut' (Best 171).

**24**  The Code's impact on the international community's efforts to regulate warfare is equally noteworthy. It lies at the heart of several international projects to codify international humanitarian law at the turn of the 20th century, in particular the 1874 Brussels Conference (International Declaration concerning the Laws and Customs of War), the Institut de droit international's 1880 Oxford 'Manuel des lois de la guerre sur terre,' the Hague Peace Conferences (1899 and 1907), and the Regulations respecting Laws and Customs of War on Land annexed to the fourth Hague Convention of 1907. Though traces of the Code are, arguably, still visible in the 1949 Geneva Conventions, the better view is that Geneva law departs considerably from Lieber's conception of humanitarianism, marking a new chapter in the development of international humanitarian law (Giladi 'A Different Sense of Humanity' 81–116).

**25**  Although the Lieber Code was more 'a persuasively written essay on the ethics of conducting war' (Freidel 335) than a codification in the traditional sense of the term, Lieber's greatest achievement was his ability to bring together various strands of international legal doctrine, just war theory and Enlightenment rationalism to produce a clear and comprehensible restatement of the law of war. Nothing like this had been tried before, and Lieber presciently anticipated many of the problems international humanitarian law grapples with to this day. Yet, despite all its strengths, the Code also contained weaknesses, some of which became apparent after Lieber's death. For instance, the Code's revised rules generated controversy during the Philippine–American War of 1899–1902, where US forces endorsed harsh military tactics, including torture of civilians, and ordered retaliation against Filipino prisoners (Witt 353–61). Reconciling the dictates of humanity and the realities of war, a struggle at the heart of Lieber's codification, remained a challenge for his successors, and continues to be the greatest challenge facing modern international humanitarian law.

## Select Bibliography

GB Davis 'Doctor Francis Lieber's Instructions for the Government of Armies in the Field' (1907) 1, 1 AJIL 13–25.

E Nys 'Francis Lieber—His Life and His Work (1911) 5 AJIL 84–117 and 355–93.

E Root 'Francis Lieber' (1913) 7, 3 AJIL 453–69.

F Freidel *Francis Lieber Nineteenth Century Liberal* (Louisiana State University Press Baton Rouge LA 1947).

RR Baxter 'The First Modern Codification of the Law of War: Francis Lieber and General Orders No. 100' (1964) 3, 25 International Review of the Red Cross 171–89 and 217–36.

R Sallet 'On Francis Lieber and his Contribution to the Law of Nations of Today' in Göttinger Arbeitskreis (ed) *Recht im Dienste der Menschenwürde. Festschrift für Herbert kraus* (Holzner

Verlag Würzburg 1964) 279–305.

JG Gardner 'General Order 100 Revisited' (1965) 27, 1 Military Law Review 1–48.

JF Childress 'Francis Lieber's Interpretation of the Laws of War: General Orders No. 100 in the Context of His Life and Thought (1976) 21 American Journal of Jurisprudence 34–70.

GF Best *Humanity in Warfare: the Modern History of the International Law of Armed Conflicts* (Weidenfeld and Nicolson London 1980).

RS Hartigan (ed) *Lieber's Code and the Law of War* (Precedent Chicago 1983).

R Durand and J Meurant (eds) *Preludes et Pionniers: Les Precurseurs de la Croix Rouge 1840–1860* (Société Henry Dunant Genève 1991).

BM Carnahan 'Lincoln, Lieber and the Laws of War: The Origins and Limits of the Principle of Military Necessity' (1998) 92 AJIL 213–31.

T Meron 'Francis Lieber's Code and Principles of Humanity' (1998) 36 Columbia Journal of Transnational Law 269–81.

S Vöneky 'Der Lieber's Code und die Wurzeln des modernen Kriegsvölkerrechts' (2002) 62 ZaöRV 424–58.

B Baker *Johann Caspar Bluntschli, Francis Lieber und das moderne Völkerrecht 1861–1881* (Nomos Baden-Baden 2003).

LL Hogue 'Lieber's Military Code and Its Legacy' in CR Mack and HH Lesesne (eds) *Francis Lieber and the Culture of the Mind* (University of South Carolina Press Columbia SC 2005) 51–60.

GA Raymond 'Lieber and the International Laws of War' in CR Mack and HH Lesesne (eds) *Francis Lieber and the Culture of the Mind* (University of South Carolina Press Columbia SC 2005) 69–75.

D Bosco 'Moral Principle vs. Military Necessity' (2008) 77 American Scholar 25–34.

BM Carnahan *Lincoln on Trial. Southern Civilians and the Law of War* (University Press of Kentucky Lexington KT 2010).

SC Neff *Justice in Blue and Gray: A Legal History of the Civil War* (Harvard University Press Cambridge MA London 2010).

GD Solis *The Law of Armed Conflict: International Humanitarian Law in War* (CUP Cambridge 2010).

MJ Mancini 'Francis Lieber, Slavery, and the 'Genesis' of the Laws of War' (2011) LXXVII, 2 Journal of Southern History 325–48.

R Giladi 'A Different Sense of Humanity: Occupation in Francis Lieber's Code' (2012) 94, 885 International Review of the Red Cross 81–116.

R Giladi 'Francis Lieber on Public War' (2012) 4, 2 Göttingen Journal of International Law 447–77.

S Sivakumaran *The Law of Non-International Armed Conflict* (OUP Oxford 2012).

JF Witt *Lincoln's Code: The Laws of War* (Free Press New York 2012).

Paul Finkelman 'Review: Francis Lieber and the Modern Law of War. Lincoln's Code: The Laws of War in American History John Fabian Witt' (2013) 80 The University of Chicago Law Review 2071–132.

## Select Documents

Convention respecting the Laws and Customs of War on Land and its Annex: Regulations concerning the Laws and Customs of War on Land (signed 29 July 1899, entered into force 4 September 1900) (1898–1899) 187 CTS 429.

Convention respecting the Laws and Customs of War on Land and its Annex: Regulations concerning the Laws and Customs of War on Land (signed 18 October 1907, entered into force 26 January 1910) (1907) 205 CTS 277.

Emancipation Proclamation (1 January 1863) Presidential Proclamations 1791–1991 General Records of the United States Government, National Archives.

General Orders No. 100, Instructions for the Government of Armies of the United States in the Field (War Department Washington 24 April 1863).

General Orders No 8, Headquarters Department of the Missouri (Saint Louis Missouri 26 November 1861) 8 Official Records 380–81.

General Orders No 13, Headquarters Department of the Missouri (Saint Louis Missouri 26 November 1861) 8 Official Records 406.

HW Halleck *International Law or Rules Regulating the Intercourse of States in Peace and War* (Bancroft San Francisco 1861).

Institut de Droit International *Manuel des lois de la guerre sur terre* (9 September 1880).

F Lieber *Guerilla Parties Considered with Reference to the Laws and Usages of War: Written at the Request of Major-General Henry W Halleck* (van Nostrand New York 1862).

RN Scott (ed) *The War of the Rebellion: A Compilation of the Official Records of the Union and Confederate Armies* (War Department US Government Printing Office Washington 1880–1900) 70 volumes.

Copyright © 2018. All rights reserved.

Powered by PubFactory

". . . and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; . . ."

1.  Provide PROOF OF CLAIM of your "Oath of Office" and your bond as a public servant up to date and in good standing.

2.  Provide PROOF OF CLAIM that by your words and deeds as a public servant you are adhering to your Oath binding you to your obligation to the People, in that you will protect, preserve, and secure the Rights (birth) of the People in harmony with Article VI of the United States Republic Constitution.

3.  Provide PROOF OF CLAIM that as a public servant, obligated to protect the Rights (birth) of the People, you have the authority delegated to impose and/or apply "statutes" on/to the People.

4.  Provide PROOF OF CLAIM that the name appearing on any charging instrument, in capital letters; is not a corporate fiction denoting an inanimate object.

5.  Provide PROOF OF CLAIM that the People to whom you, a public servant is obligated, can contract with the public servant in exchange for any Rights (birth) and produce the lawful contract in support of the sale/negotiation/exchange of the Rights (birth).

6.  Provide PROOF OF CLAIM that you have Jurisdiction over any Moorish American National Aboriginal Indigenous Natural Divine Being Manifested in Human Flesh to the Americas (Northwest Amexem-North America-North Gate).

7.  Provide PROOF OF CLAIM of the existence of any/all liability(ies) and how it was created that apply to this Moorish American National .

8.  Provide PROOF OF CLAIM that the public servant bringing forth any claim can produce written documentation in affidavit form signed under "Penalty of Perjury" with all relevant or related evidence of jurisdiction over this Moorish American National.

The Moorish Nation  commands that you answer these Jurisdictional questions regarding any and all Moorish American National within 7 days of this registered mailing or if there is physical bodily contact the above answers be provided upon contact to the Moorish American National immediately and without the need for request in harmony with your obligation.

A non-response and/or failure to provide proof of claim will constitute agreement that any charges brought against any Moorish American National Divine Being manifested in human flesh, and/or as Authorized Representative, are unfounded and a result of treasonous activity and in violation of the Original Thirteenth Amendment as well as other violations at law.

Failure and/or refusal to bring forth such 'proof of claim' will place all entities/persons/parties involved in dishonor, and thus constitute an admission of damage and injury to the Moorish Nation per the Moorish American National Divine Being manifested in human flesh in the amount of $2,000,000.00 (Two Million Dollars lawful money) per violation, enforcement of punishment for treason, forfeiture of all assets, expulsion from this continent to be initiated within twenty four hours of dishonor in harmony with the Original Thirteenth Amendment.

**Notice to the Agent is Notice to Principle – Notice to the Principle is Notice to the Agent**

**AFFIDAVIT**

Affiant, All Moorish American Nationals Aboriginal Indigenous Divine Beings manifested in human flesh, declare under the Zodiac Constitution and the United States Republic Constitution that the above is true and correct to the best of our knowledge and honorable intent.

This Affidavit is dated the Ninth Day of the Third Month in the Year of My Lord Allah Fourteen Hundred Thirty One. (C.C.Y. 2011-May, 9)

Dominus Nobilis El-Bey, Authorized Representative,
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Quinneltukqut Territory
Northwest Amexem



# MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

## Affidavit of Fact - Accepted For Value
### Request For Proof of Claim

Ancient Moorish Laws of Merchant - Commerce codified by the Corporate UNITED STATES OF AMERICA under the UNIFORMED COMMERCIAL CODES



May 9, 2011

UNITED STATES OF AMERICA
Honorable President Barack Obama
1600 Pennsylvania Avenue
Washington, District of Columbia
[20500] United States Republic
06161
Greetings from the Moorish Nation,

On behalf of all Moors on the land of our forefathers, the Continental United States North America I affirm for the record the following: All those who profess verbally or in writing to be Moorish American National Aboriginal Indigenous Natural Divine Beings Manifested in Human Flesh to the Americas, In Propria Personal Sui Juris, arising under the Zodiac Constitution, United States Republic Constitution, and Treaty of Peace and Friendship of 1787 and are protected by International Law.

Once Proclaimed, all Moorish American Nationals will affirm their Appellation, their National Standing, Divine Being manifested in human flesh, the only Authorized Representative of TRANSMITTING UTILITY/TRADENAME/ALL CAP NAME, their Appellation, or any derivative thereof.

All Moorish American Nationals, are held harmless against all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are now due, and as might become due, now existing, and as might hereafter arise, and as might be suffered by, imposed on, and incurred for any and every reason, purpose, and cause whatsoever.

The following are ACCEPTED FOR VALUE:

- United States Republic Constitution Article VI,

- United States Republic Constitution Article II, Section 1 (Oath of Office for the President)

- Statutes At Large, March 4, 1789 "Oath for United States federal and state officers (public servants)

- United States Republic Code Title 5 Section 3331, Oath of Office (public servants)

- United States Republic Code Title 28 Section 453, Oath of Justices and Judges (public servants)

- United States Republic Code Title 10 Section 502, Oath of Armed Forces Personnel (public servants)

- STATE OF CONNECTICUT general statute chapter 4 entitled "Oaths",

- Connecticut state Republic Constitution Article XI entitled "General Provisions" specific to "Oath of Office",

All Moorish American National Divine Beings manifested in human flesh, accept for value all the above listed "Oaths" and "Oaths of Office" of all public servants of the Corporate UNITED STATES OF AMERICA, all its ENCLAVES, TERRITORIES, CORPORATIONS REGISTERED IN ANY FORTS, MAGAZINES, ARSENALS, DOCKYARDS, and other needful buildings. All CORPORATIONS registered in the Corporate UNITED STATES OF AMERICA and any of its ENCLAVES, et el., and all sub-corporations registered thereof.

If there are other Oaths that any public servant takes, both foreign and/or domestic, that may not be contained in the above I hereby command that all public servants are first and foremost bound by the United States Republic Constitution Article VI where it states the following for the protection of the People at large:

USPM/File#70080150000319126021

Page 1 of 2

4:17-CV-00514-DCB-BGM

4:18-CV-00124-JGZ   FRAUD

S04117057

1,2

E04057807   rr Rel   rogram (FFEL)   TX2006328753

**Master Promissory Note**

S04117057

L/U22171-00

PO Box 65012
Panama City, FL 32412-9012
Lender ID 824206   888-272-5543

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

**Borrower Information**

Brooks   Maurice   Bode   2118

1238 San Jacinto Az 85713   (520) 622-4034

Tucson   Az   85713   Bank One   824206

**10. Reference:**

Annette Cotton   James A Nix
1238 S San Jacinto   532 S 5th Ave
Tucson Az 85713   Tucson Az 85713
(520) 622-4034   (520) 584-1295

**11. Requested Loan Amount**

**12. Interest Payments (Optional):**
☐ I want to pay unsubsidized interest while I am in school.

**Borrower Certifications and Authorizations**

**15. Promise to Pay**

**16. Borrower's Signature** Maurice Brooks   **17. Today's Date** 1/15/04

L-4 (1999)   White — Lender Copy   Yellow — School Copy   Pink — Borrower Copy



### THE MOORISH NATIONAL REPUBLIC
### MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
#### Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

# International Proclamation
## Affidavit of Status – Aboriginal Indigenous
## Moorish Empire

.... .. ...... . ...... .. .. . ...... . ..... . ..... .. .. .... ... .. ..
http://www.moorishnationpublicrecords.com/the-moorish-national-republic.html



August 4, 2011

UNITED STATES OF AMERICA
Honorable President Barack Obama
1600 Pennsylvania Avenue
Washington, District of Columbia
[20500] United States Republic

Greetings from the Moorish Nation,
The Aboriginal Natural People of the Land:

This 'International Proclamation' is made on behalf of all the Aboriginal Moors / Muurs dwelling on the inherited terrestrial Lands of our Fore-Mothers and Fore-Fathers -being Northwest Amexem / Northwest Africa / North America / 'The North Gate', also referred to as the 'Continental United States North America'. This Affidavit is made as a Public Notice to the President of the United States of North America and to the honorable nations of the earth: and stands to acknowledge all the enlightened Moors who have regained consciousness of their consanguinity – noting an awareness of the miscreant misclassifications and misnomers socialized as the Colonial - orientation 'brands' such as, Negro, Colored, Black, African – American, Ethiopians, Puerto Rican, and Jamaican, etc, etc.

Be it affirmed that the geographical Continent known today and referred to as North America, inclusive of the area politically associated as the United States of America, is in fact Northwest Amexem. Ancient Amexem includes and consists of the territories, North America, South America, Central America, and the Atlantis Islands, referred to as the Caribbean Islands. The Aboriginal, Natural People of these lands are of Moabite / Moorish descent – being who their Fore-Mothers and Fore-Fathers were, and are, without doubt or contradiction. Moors are the 'Heirs Apparent' to the Lands and Territories forenamed; and are the rightful benefactors to the resources and hereditaments, corporeal and incorporeal.

The primogeniture Fore-Mothers and Fore-Fathers of Northwest Amexem (*Moors*) are the Natural People of the Land who permitted the Albion / Engla-men, referred to today as, Europeans / Colonists to establish moral government, guided by an ethically – adopted constitution. The Europeans were conditionally allowed to come to our inherited Land: and secured for them to live in peace from their oppressors in Europe. This Allodial – oriented thinking and consciousness is clearly outlined in the *"Declaration of Independence"*, a nature's law document, expressing the precepts upon which the European Colony persons declared their independence. Let me make it clear, that these Albions are, in fact, not originally Europeans, as Europe is the Continent of the ancient Moabite Queen, Europa, who permitted the Albinos to live on the land known as the Isle of Albion or Engla-land. However, and for making political distinctions, Albions are referred to as, Europeans.

The *unity* and *commerce* 'Peace Treaty' agreement was initially instituted between our Fore-Father, King George and our Fore-Father, the Sultan of Morocco, Mohammed Ibn Abdullah in the year 1199, corresponding to 1786 A.D. and ratified under the Arthur St Clair administration in the year 1787 A.D., corresponding to 1200. King George has been misrepresented by European colonizers and re-constructors of history, and given the specious appearance of a pale-face complexion. This type and formula of misrepresented history was done by consistent and deceptive efforts to write themselves into various vital or authoritative aspects of world history – some in which they actually played no factual or primal part.

European colonial misinformation strategies and distortions were set in place and perpetrated for the supports of forced servitude, arbitrary, and peonage - profiteering. As an example, national identity is a primal issue associated with sociological and '*estate*' matters and controversies, invoking by their nature, (*diversity or consular*) jurisdiction affirmations. Establishing proofs for the record are thus needed and necessary for clarifying the true '*status*' of the natural people of the Land. Nationality (*without qualifications*) has been referred to by the monopolizing European Colonists as their 14th Amendment conditions for Citizenship. This artificial, statutory construct was devised by colorable intent in order to confuse the Natural People. However on this (*North American*) Continent, Nationality, which equates to (*Citizenship*) can only be determined by *Jus Sanguinis*, as this North American continent is under the jurisdiction of binding International Treaty Law.

1

Jus Sanguinis is derived from Moorish Latin and means, '*right of blood*'. It stands as a rule in jurisprudence that a child's citizenship is determined by its parents' citizenship.

> Jus Sanguinis – Citizenship is not determined by one's place of birth, but by having a parent(s) (*by blood*) who are citizens of the nation. *Jus Sanguinis* rights are mandated by international treaty, with citizenship definitions imposed by the international community.

There have been several occasions where many European colonizers / immigrants residing on the American continents have professed ignorance about who the Moors are, what the Moorish Empire is, and where it is geographically located. Others feign an absolute ignorance of the undeniable vital parts and influences that the Emperor of Morocco and the Moors played in their very existence as an entity nation on this 'North Gate' continent. As for their sources of higher learning, review and study '*The Renaissance*' initiated by the Moors for the Albions' extraction and rebirth out of the 'Dark Ages' and brought into the marvelous light of the modern era of sciences, literature, architecture, medicine, and advanced civilization, etc.

I will state '*for the record*' noting some of the human rights violations that have been wrongfully put upon the Moors who have suffered under the brands, Negro, Colored, Black, and African-American, etc. These birth-rights – stealing '*Brands*' (*under Barrister processes*) imply and denote one or those who are considered '*Dead in the eyes of the Law*': absent of all civil liberties; void of civil rights; and are categorized as '*artificial persons*' under the 14ᵗʰ Amendment and its associated legislation.

Therefore, such '*Branded*' persons are regulated and administered by statutes as '*corporate words*', real estate, and as *inanimate objects*; implying that all of their *inheritances* have been abandoned. This legal trickery was done in order to establish the conditions for the foreign corporate States and their agencies to '*Escheat*' the Rights, the Properties, the Wealth, and the Hereditaments of Aboriginal, Natural Peoples. These misclassified and (*branded*) Moors are, without a doubt, intentionally mis-educated and misinformed. This State – sponsored foul socialization - engineering was done by colonizing Europeans in order to suppress history and truth; and was institutionalized to cause the unconscious Moors to remain ignorant and passive about who they are by blood, by nationality, and by birthrights.

I speak out against such artfully - constructed frauds and make this known to all European colonizers / immigrants or occupiers who have said or who have propagated this feigned lack of knowledge of these historical facts. I also rebut and rebuke those who have continued to imply and teach distorted and re-constructed history, deemed to stifle, degenerate and pervert the progress of unconscious Moors and their descendants of today.

The transplanted Europeans' Feudal - Law practices and their *de facto* posturing of feigning ignorance of the Law is no excuse! Law (*Jurisprudence*) consists of Language, History, and Culture.

I say to all the monopoly – oriented Europeans, presently controlling the United States government, that documented evidence, placed in your own '*Congressional Records*' reaffirms the identities of the parties involved, and unequivocally projects the relationships between yourselves and the sovereign Moors. The Congressional Records present, with ineradicable clarity, testimony to the Moors' indispensable roles in the foundation activities of this said Republican form of government; founded upon high principles, respect for private property, and girded with statesmanship. And you are hereby commanded to call us Moors, and to refer to us by our rightful names and titles. Those rightful and inherited titles are El, Bey, Dey, Al, and Ali.

To further prove pretense and disingenuousness on the part of many European politicians and their agency representatives, see American State Papers – Senate 8ᵗʰ Congress, 1ˢᵗ Session No. 184 & 185 page 591 – 593. The evidence shows where Thomas Jefferson, William Bainbridge and James Simpson discuss and record communications with the "Emperor of Morocco". The Moors, who are nationals of the Moroccan Empire, are also discussed, along with the Treaty of 1786 = 1199 in which the Emperor of Morocco assures Thomas Jefferson has been accepted; and that the European Colonists will be protected.

Let us also bring into account a revealing letter issued from the hand of *President George Washington* to *Mohammed Ibn Abdullah*, Sultan of Morocco, and dated December 1, 1789. The letter was signed and sent in the City of New York, which is and will always be the '*Seat*' of the Moorish Empire.

There has been and is much confusion regarding what the United States of America is founded upon. The true Fore-Mothers and Fore-Fathers of this North Gate continent are Moors! The Established Law of the Land was absolutely NOT founded on any Christian religion. That truth was affirmed in The Treaty of Peace and Friendship between the United States and the Bey and subjects of Tripoli of Barbary signed 1797 – Article 11:

> – "*As the Government of the United States of America is not, in any sense, founded on the Christian religion; as it has in itself no character of enmity against the laws, religion, or tranquility, of Mussulmen; and, as the said States never entered into any war, or act of hostility against any Mahometan nation, it is declared by the parties, that no pretext arising from religious opinions, shall ever produce an interruption of the harmony existing between the two countries.*"

Now that I have re-affirmed our '*In Full Life*' presence, I further state for the record that '*The Treaty of Peace and Friendship*' is the longest standing treaty unbroken by any Moor and remains in existence today, having been re-sealed every fifty (50) years. The last 'sealing' of the Treaty was in the year 1987 A.D. I affirm a Peace and Friendship with all People who chose to live in "Peace and Friendship" on this continent, and who support the enforcement of the Constitution for the United States Republic of North America.

2

occasions by the European colonists and by their descendants in their relentless efforts to hide ancient history and to distort truth.

Therefore, and in accord with Nature's Law, by Birthrights, by Title, by Heirship, and in harmony with International Law, we, the Moorish – American Aboriginals of the Land (Northwest Amexem / Northwest Africa / North America / 'The North Gate') exercise and affirm our Substantive Rights to Self – Determination; and seek to determine our own rightful political status; Commanding our rights to freely pursue our own economic, social, and cultural development; inclusive of our distinct cultural life of the State; and make public Notice of our Freehold Claim to all of our Estate and Properties; Trusted only to the Moorish Nation of Northwest Amexem; and absent of European – Colonial oppression, mis-administration, and a rebut of any assumed 'power of attorney' or taxation without representation, etc.

**This International Proclamation and Affidavit of Status is a Declaration of National Standing, and a Published Reclamation of Estate at Law.**

Notice to the Agent is Notice to Principle – Notice to the Principle is Notice to the Agent

### AFFIDAVIT

Affiant, All Moorish American Nationals Aboriginal Indigenous Divine Beings - manifested in human flesh, do Declare by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of our Fore-Mothers and our Fore-Fathers that the above Proclamation and Affidavit is true and correct to the best of our knowledge and honorable intent.

This Affidavit is dated the twenty-second Day of the Fifth Month in the Year of My Lord Allah Fourteen Hundred Thirty One. (Q.C.Y. 2011-July, 22)

Dominus Nobilis El-Bey, Authorized Representative,
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Quinnehtukqut Territory
Northwest Amexem

Witness and Affirmer: Taj
All Rights Reserved: U.C.C. 308; U.C.C. 1-103
Shechabee / Manhattan Territory
Northwest Amexem

cc:  United Nations
     High Commissioner for Human Rights
     Palais Wilson

     International Criminal Court
     Luis Moreno-Ocampo
     The Hague, The Netherlands

     International Justice Court
     The Hague. The Netherlands

     Great Seal National Association of
     Moorish Affairs (G.S.N.A.M.A.)
     Minister: Anaid El

     Great Seal National Association of
     Moorish Affairs (G.S.N.A.M.A.)
     Minister: Taj Tarik Bey

     United States Justice Department
     United States Attorney General
     Eric H. Holder

     UNITED STATES SECRETARY OF STATE
     Hillary Rodman Clinton

     Moroccan American Asso. of NC
     200 Pomona Dr UNIT F
     Greensboro, NC 27407
     MR. Choudani
     MR. Arif

Embassy of Morocco
His Excellency Mohamed Benaissa :
Mrs.Laila H. Benaissa
Ambassador E. and P.

Moroccan Consulate in New York, United States
Consulate of Morocco

Organization of American States (O.A.S.)
Ricardo Mario Dominguez

Embassy of Bolivarian Republic of Venezuela
Minister Counselor
Luis H. Bouley G.
Lorenzo D. Díaz

Embassy of Cuba
Consulate General of Cuba

Peoples Republic of China Embassy
Consulate General of Peoples Republic of China

Embassy of South Africa
Consulate General of South Africa

Inter-American Commission on Human Rights
Felipe Gonzalez

U.S. DEPARTMENT OF HOMELAND SECURITY
Secretary Janet Napolitano

Moors: The Aboriginal and Indigenous Natural Peoples of Northwest Amexem / Northwest Africa / North America / 'The North Gate'.

4

ex Rel. STRAW MAN

**Name of Person Filing** MAURICE Andre BROOKS
**Mailing Address** 1238 S San Jacinto
**City, State, Zip Code** Tucson AZ 85713
**DaytimeTelephone** 520 272 3268
**Representing Self** Self

( See Statement By
Sgt Professional standards )

FILED
SUPERIOR COURT

16 APR -5  AM 9: 49

JACQUELINE BLACK

## ARIZONA SUPERIOR COURT, PIMA COUNTY

In the Matter of the Application of )
)
Maurice Andre Brooks )
_____ )
                    Applicant )
)
_____ )

Case No. **C 20161595**

APPLICATION FOR
CHANGE OF NAME FOR AN ADULT

**LESLIE B. MILLER**

1. Applicant Maurice Andre Brooks , born September 30/1977 at

Monterey Community Hospital , CA is a resident of Arizona Tucson

County and desires a change of name for the following reason: Illegal Adoption Not

The Name of my Father

2. Applicant MAURICE Andre Brooks , ☐ has ☑ has not
been convicted of a felony. This application is made solely for applicant's best interests and will not operate to
release applicant from any obligations applicant has incurred or is under, or defeat or destroy any rights of property
or action had in applicant's original name.

THEREFORE, applicant requests that the court enter an order that the present name of

Maurice Andre Brooks , be changed

to Andre DE-Shawn High

The undersigned swears or affirms that the statements set forth above are true and correct, subject to penalties of
making a false affidavit or declaration.

4/15/16
**Date**

Maurice Brooks
**Requesting Party**

# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

*H:17-CV-00546-B6n*

*4:18-CV-00124-J6Z*

April 11, 2018

*ex Rel*

Andre De Shawn High
1238 S. San Jacinto Dr.
Tucson, AZ 85713-1338

**RE:**               Student Loans
**ACCOUNT/LOANS:**   7385712 / 01-02
**BALANCE:**          $9,566.11

Dear Mr. High:

This is in response to your inquiry about your defaulted federal student loans guaranteed by Educational Credit Management Corporation (ECMC).

We have reviewed your inquiry, but are unable to determine the exact nature of your request.

From your fax, it appears that you believe your student loans are subject to the Uniform Commercial Code. Your student loans are not a negotiable instrument. As such, your references to such a premise are invalid.

Please be advised, ECMC has updated your name per the Court documentation you have provided.

The loans ECMC currently holds in your name were disbursed as follows:

| Loan # | Loan Type | School | Disbursement Date | Disbursement Amount |
|--------|-----------|--------|-------------------|---------------------|
| 01 | Stafford Subsidized | Pima Medical Institute | 02/26/2004 | $2,625.00 |
| 02 | Stafford Unsubsidized | Pima Medical Institute | 02/26/2004 | $4,000.00 |

These loans were originally funded by Bank One and were originally guaranteed by ECMC. A copy of the master promissory note is enclosed for your review.

You appear to dispute your legal obligation to repay these loans. However, at this time there is no evidence to substantiate your claim. In the event you have additional documentation to support your position, please forward it to our office for review. Such documents may include

# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

*4: 18 - CV - 00124 - JGZ*

*4:17 ~~CV-00546-BGM~~*

April 5, 2018                    *eX  Rel*

Maurice A. Brooks
1238 S. San Jacinto Drive
Tucson, AZ  85713

RE:              Student Loans
ACCOUNT/LOANS:   7385712 / 01-02
BALANCE:         $9,561.98

Dear Mr. Brooks:

This is in response to your inquiry about your federal student loans guaranteed by Educational Credit Management Corporation (ECMC).

We have reviewed your inquiry, but are unable to determine the exact nature of your request.

For your reference, enclosed is a copy of the complete transaction history showing all activity on your account for the loans held by ECMC. According to the U.S. Department of Education regulations, any payment received must be applied first to outstanding costs, second to incidental charges, then to accrued interest and the remainder to principal. 34 C.F.R. § 682.404(f).

In the event this transaction history does not supply you with the information you were seeking, please provide ECMC with a detailed, written explanation of the information you desire. Mail or fax your explanation to:

ECMC
Attn: Customer Service
P.O. Box 16408
St. Paul, MN  55116
Fax: 877-645-7479

If you have questions regarding this letter, contact ECMC's Customer Service department at 866-722-3833 or by email at www.ecmc.org/ContactUs. Otherwise, contact Performant Recovery at 800-927-7667 to discuss repayment of your debt.

Educational Credit Management Corporation

Enclosure

[c/o 78 Ridge Street]
[ Near Corporate MANCHESTER CONNECTICUT 06040]
Northwest Amexem

Cc:    United Nations                              International Criminal Court
       Geneva Switzerland                          The Hague, The Netherlands

       International Justice Court                 Great Seal National Association of Moorish Affairs
       The Hague, The Netherlands                  Minister A. El

       Honorable Barak Obama                       SUPREME COURT OF CONNECTICUT
       White House Washington DC

       United States Justice Department            Federal Bureau of Investigation
       United States Attorney General              Janice K. Fedarcyk
       Eric H. Holder



## AMERICAN DECLARATION
## ON THE RIGHTS OF INDIGENOUS PEOPLES

### PREAMBLE

The member states of the Organization of American States (hereinafter the states),

RECOGNIZING:

That the rights of indigenous peoples are both essential and of historic significance to the present and future of the Americas;

The important presence in the Americas of indigenous peoples and their immense contribution to development, plurality, and cultural diversity and reiterating our commitment to their economic and social well-being, as well as the obligation to respect their rights and cultural identity; and

That the existence of indigenous cultures and peoples of the Americas is important to humanity; and

REAFFIRMING that indigenous peoples are original, diverse societies with their own identities that form an integral part of the Americas;

CONCERNED that indigenous peoples have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interests;

RECOGNIZING the urgent need to respect and promote the inherent rights of indigenous peoples which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies, especially their rights to their lands, territories and resources;

RECOGNIZING FURTHER that respect for indigenous knowledge, cultures and traditional practices contributes to sustainable and equitable development and proper management of the environment;

BEARING IN MIND the progress achieved at the international level in recognizing the rights of indigenous peoples, especially the 169 ILO Convention and the United Nations Declaration on the Rights of Indigenous Peoples;

BEARING IN MIND ALSO the progress made in nations of the Americas, at the constitutional, legislative, and jurisprudential levels to safeguard, promote, and protect the rights of indigenous peoples, as well as the political will of states to continue their progress toward recognition of the rights of indigenous peoples in the Americas;



3.      Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.

## SECTION FIVE: Social, Economic, and Property Rights

**Article XXV.**   Traditional forms of property and cultural survival. Right to land, territory, and resources

1.      Indigenous peoples have the right to maintain and strengthen their distinctive spiritual, cultural, and material relationship to their lands, territories, and resources and to assume their responsibilities to preserve them for themselves and for future generations.

2.      Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.

3.      Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those which they have otherwise acquired.

4.      States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.

5.      Indigenous peoples have the right to legal recognition of the various and particular modalities and forms of property, possession and ownership of their lands, territories, and resources in accordance with the legal system of each State and the relevant international instruments. The states shall establish the special regimes appropriate for such recognition, and for their effective demarcation or titling.

**Article XXVI.**   Indigenous peoples in voluntary isolation or initial contact

1.      Indigenous peoples in voluntary isolation or initial contact have the right to remain in that condition and to live freely and in accordance with their cultures.

2.      The states shall adopt adequate policies and measures with the knowledge and participation of indigenous peoples and organizations to recognize, respect, and protect the lands, territories, environment, and cultures of these peoples as well as their life, and individual and collective integrity.

**Article XXVII.** Labor Rights

1.      Indigenous peoples and persons have the rights and guarantees recognized in national and international labor law. States shall take all special measures to prevent, punish and remedy the discrimination to which indigenous peoples and persons are subjected.



2.      States, in conjunction with indigenous peoples, shall adopt immediate and effective measures to eliminate exploitative labor practices with regard to indigenous peoples, in particular, indigenous children, women and elders.

3.      In case indigenous peoples are not effectively protected by the laws applicable to workers in general, states, in conjunction with indigenous peoples, shall take all measures that may be necessary in order to:

    a.      protect indigenous workers and employees in relation to contracting under fair and equal conditions in both formal and informal employment;

    b.      establish, apply, or improve labor inspection and the enforcement of rules with particular attention to, *inter alia*, regions, companies, and labor activities in which indigenous workers or employees participate;

    c.      establish, apply or enforce laws so that both female and male indigenous workers:

        i.      enjoy equal opportunities and treatment in all terms, conditions, and benefits of employment, including training and capacity-building, under national and international law;

        ii.      enjoy the right of association, the right to form trade unions, and join trade union activities, and the right to bargain collectively with employers through representatives of their own choosing or workers' organizations, including traditional authorities;

        iii.      are not subject to discrimination or harassment on the basis of, *inter alia*, race, sex, indigenous origin or identity;

        iv.      are not subject to coercive hiring systems, including debt servitude or any other form of forced or compulsory labor regardless of whether the labor arrangement arises from law, custom, or an individual or collective arrangement, in which case the labor arrangement shall be deemed absolutely null and void;

        v.      are not forced to work in conditions that endanger their health and personal safety; and are protected from work that does not comport with occupational health and safety standards; and

        vi.      receive full and effective legal protection, without discrimination, when they provide their services as seasonal, occasional, or migrant workers, as well as when they are contracted by employers such that they receive the benefits of the national legislation and practices, which shall be in accordance with the international human rights laws and standards for this category of workers;

    d.      ensure that the indigenous workers and their employers are informed of the rights of indigenous workers under national law and international and indigenous standards, and of the remedies and actions available to them to protect those rights.

4.      States shall take measures to promote employment of indigenous individuals.



**Article XXVIII.      Protection of Cultural Heritage and Intellectual Property**

1.      Indigenous peoples have the right to the full recognition and respect for their property, ownership, possession, control, development, and protection of their tangible and intangible cultural heritage and intellectual property, including its collective nature, transmitted through millennia, from generation to generation.

2.      The collective intellectual property of indigenous peoples includes, *inter alia*, traditional knowledge and traditional cultural expressions including traditional knowledge associated with genetic resources, ancestral designs and procedures, cultural, artistic, spiritual, technological, and scientific, expressions, tangible and intangible cultural heritage, as well as the knowledge and developments of their own related to biodiversity and the utility and qualities of seeds and medicinal plants, flora and fauna.

3.      States, with the full and effective participation of indigenous peoples, shall adopt measures necessary to ensure that national and international agreements and regimes provide recognition and adequate protection for the cultural heritage of indigenous peoples and intellectual property associated with that heritage. In adopting these measures, consultations shall be effective intended to obtain the free, prior, and informed consent of indigenous peoples.

**Article XXIX. Right to development**

1.      Indigenous peoples have the right to maintain and determine their own priorities with respect to their political, economic, social, and cultural development in conformity with their own world view. They also have the right to be guaranteed the enjoyment of their own means of subsistence and development, and to engage freely in all their economic activities

2.      This right includes the development of policies, plans, programs, and strategies in the exercise of their right to development and to implement them in accordance with their political and social organization, norms and procedures, their own world views and institutions.

3.      Indigenous peoples have the right to be actively involved in developing and determining development programmes affecting them and, as far as possible, to administer such programmes through their own institutions.

4.      States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free and informed consent prior to the approval of any project affecting their lands or territories and other resources, particularly in connection with the development, utilization or exploitation of mineral, water or other resources.[2]

5.      Indigenous peoples have the right to effective measures to mitigate adverse ecological, economic, social, cultural, or spiritual impacts for the implementation of development projects that affect their rights. Indigenous peoples who have been deprived of their own means of subsistence and development have the right to restitution and, where this is not possible, to fair and

---

2   The State of Colombia breaks with consensus as regards Article XXIX, paragraph 4, of the OAS Declaration on Indigenous Peoples, which deals with consultations for obtaining indigenous...



**Article XIX.    Right to protection of a healthy environment**

1.    Indigenous peoples have the right to live in harmony with nature and to a healthy, safe, and sustainable environment, essential conditions for the full enjoyment of the right to life, to their spirituality, worldview and to collective well-being.

2.    Indigenous peoples have the right to conserve, restore, and protect the environment and to manage their lands, territories and resources in a sustainable way.

3.    Indigenous peoples are entitled to be protected against the introduction of, abandonment, dispersion, transit, indiscriminate use or deposit of any harmful substance that could negatively affect indigenous communities, lands, territories and resources.

4.    Indigenous peoples have the right to the conservation and protection of the environment and the productive capacity of their lands or territories and resources. States shall establish and implement assistance programmes for indigenous peoples for such conservation and protection, without discrimination.

## SECTION FOUR: Organizational and Political Rights

**Article XX.    Rights of association, assembly, and freedom of expression and thought**

1.    Indigenous peoples have the rights of association, assembly, organization and expression, and to exercise them without interference and in accordance with their worldview, *inter alia*, values, usages, customs, ancestral traditions, beliefs, spirituality, and other cultural practices.

2.    Indigenous peoples have the right to assemble on their sacred and ceremonial sites and areas. For this purpose they shall have free access and use to these sites and areas.

3.    Indigenous peoples, in particular those who are divided by international borders, shall have the right to travel and to maintain and develop contacts, relations, and direct cooperation, including activities for spiritual, cultural, political, economic, and social purposes, with their members and other peoples.

4.    These states shall adopt, in consultation and cooperation with the indigenous peoples, effective measures to ensure the exercise and application of these rights.

**Article XXI.    Right to autonomy or self-government**

1.    Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

2.    Indigenous peoples have the right to maintain and develop their own decision-making institutions. They also have the right to participate in the decision making in matters which would affect their rights. They may do so directly or through their representatives, and accordance with their



own norms, procedures, and traditions. They also have the right to equal opportunities to access and to participate fully and effectively as peoples in all national institutions and fora, including deliberative bodies.

**Article XXII.**   Indigenous law and jurisdiction

1.      Indigenous peoples have the right to promote, develop and maintain their institutional structures and their distinctive customs, spirituality, traditions, procedures, practices and, in the cases where they exist, juridical systems or customs, in accordance with international human rights standards.

2.      The indigenous law and legal systems shall be recognized and respected by the national, regional and international legal systems.

3.      The matters referring to indigenous persons or to their rights or interests in the jurisdiction of each state shall be conducted so as to provide for the right of the indigenous people to full representation with dignity and equality before the law. Consequently, they are entitled, without discrimination, to equal protection and benefit of the law, including the use of linguistic and cultural interpreters.

4.      The States shall take effective measures in conjunction with indigenous peoples to ensure the implementation of this article.

**Article XXIII.** Contributions of the indigenous legal and organizational systems

1.      Indigenous peoples have the right to full and effective participation in decision-making, through representatives chosen by themselves in accordance with their own institutions, in matters which affect their rights, and which are related to the development and execution of laws, public policies, programs, plans, and actions related to indigenous matters.

2.      States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.[1]

**Article XXIV.** Treaties, agreements, and other constructive arrangements

1.      Indigenous peoples have the right to the recognition, observance, and enforcement of the treaties, agreements and other constructive arrangements concluded with states and their successors, in accordance with their true spirit and intent in good faith and to have the same be respected and honored by the States. States shall give due consideration to the understanding of the indigenous peoples as regards to treaties, agreements and other constructive arrangements.

2.      When disputes cannot be resolved between the parties in relation to such treaties, agreements and other constructive arrangements, these shall be submitted to competent bodies, including regional and international bodies, by the States or indigenous peoples concerned.

---

1.   The State of Colombia breaks with consensus as regards Article XXIII, paragraph 2, of the OAS Declaration on Indigenous Peoples, which deals with consultations for obtaining indigenous ...



equitable compensation. This includes the right to compensation for any damage caused to them by the implementation of state, international financial institutions or private business plans, programs, or projects.

**Article XXX.   Right to peace, security, and protection**

1.      Indigenous peoples have the right to peace and security.

2.      Indigenous peoples have the right to recognition and respect for their institutions for the maintenance of their organization and control of its communities and peoples.

3.      Indigenous peoples have the right to protection and security in situations or periods of internal or international armed conflict pursuant to international humanitarian law.

4.      States, in compliance with international agreements to which they are party, in particular international humanitarian law and international human rights law, including the Fourth Geneva Convention of 1949 relative to the protection of civilian persons in time of war, and Protocol II of 1977 relating to the protection of victims of non-international armed conflicts, in the event of armed conflicts shall take adequate measures to protect the human rights, institutions, lands, territories, and resources of the indigenous peoples and their communities. Likewise, States:

   a.      Shall not recruit indigenous children and adolescents into the armed forces under any circumstances;

   b.      Shall take measures of effective reparation and provide adequate resources for the same, in jointly with the indigenous peoples affected, for the damages incurred caused by an armed conflict.

   c.      Shall take special and effective measures in collaboration with indigenous peoples to guarantee that indigenous women, children live free from all forms of violence, especially sexual violence, and shall guarantee the right to access to justice, protection, and effective reparation for damages incurred to the victims.

6.   Military activities shall not take place in the lands or territories of indigenous peoples, unless justified by a relevant public interest or otherwise freely agreed with or requested by the indigenous peoples concerned.[3/]

**SECTION SIX: General Provisions**

**Article XXXI**

1.      The states shall ensure the full enjoyment of the civil, political, economic, social, and cultural rights of indigenous peoples, as well as their right to maintain their cultural identity, spiritual and religious traditions, worldview, values and the protection of their religious and cultural sites, and human rights contained in this Declaration.

---

3.   The State of Colombia breaks with consensus as regards Article XXX, paragraph 5, of the OAS Declaration on Indigenous Peoples, since according to the mandate contained in the ....



2.      The states shall promote, with the full and effective participation of the indigenous peoples, the adoption of the legislative and other measures that may be necessary to give effect to the rights included in this Declaration.

**Article XXXII**

All the rights and freedoms recognized in the present Declaration are guaranteed equally to indigenous women and men.

**Article XXXIII**

Indigenous peoples and persons have the right to effective and appropriate remedies, including prompt judicial remedies, for the reparation of all violations of their collective and individual rights. The states, with full and effective participation of indigenous peoples, shall provide the necessary mechanisms for the exercise of this right.

**Article XXXIV**

In case of conflicts and disputes with indigenous peoples, states shall provide, with the full and effective participation of those peoples, just, equitable and effective mechanisms and procedures for their prompt resolution. For this purpose, due consideration and recognition shall be given to the customs, traditions, norms or legal systems of the indigenous peoples concerned.

**Article XXXV**

Nothing in this Declaration may be interpreted so as to limit, restrict, or deny human rights in any way, or so as to authorize any action that is not in keeping with international human rights law.

**Article XXXVI**

In the exercise of the rights enunciated in the present Declaration, human rights and fundamental freedoms of all shall be respected. The exercise of the rights set forth in this Declaration shall be subject only to such limitations as are determined by law and in accordance with international human rights obligations. Any such limitations shall be non-discriminatory and strictly necessary solely for the purpose of securing due recognition and respect for the rights and freedoms of others and for meeting the just and most compelling requirements of a democratic society.

The provisions set forth in this Declaration shall be interpreted in accordance with the principles of justice, democracy, respect for human rights, equality, non-discrimination, good governance, and good faith.

**Article XXXVII**

Indigenous peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration.



**Article XXXVIII**

The Organization of American States, its organs, agencies, and entities, shall take all necessary measures to promote the full respect, protection, and application of the rights of indigenous peoples contained in this Declaration and shall endeavor to ensure their efficacy.

**Article XXXIX**

The nature and scope of the measures that shall be taken to implement this Declaration shall be determined in accordance with the spirit and purpose of said Declaration.

**Article XL**

Nothing in this declaration shall be construed as diminishing or extinguishing rights that indigenous peoples now have or may acquire in the future.

**Article XLI**

The rights recognized in this Declaration and the United Nations Declaration on the Rights of Indigenous Peoples constitute the minimum standards for the survival, dignity, and well-being of the indigenous peoples of the Americas.



## FOOTNOTES

1.      ...individuals, increasing indigenous participation in national political processes, addressing lack of infrastructure and poor living conditions in indigenous areas, combating violence against indigenous women and girls, promoting the repatriation of ancestral remains and ceremonial objects, and collaborating on issues of land rights and self-governance, among many other issues. The multitude of ongoing initiatives with respect to these topics provide avenues for addressing some of the consequences of past actions. The United States has, however, persistently objected to the text of this American Declaration, which is not itself legally binding and therefore does not create new law, and is not a statement of Organization of American States (OAS) Member States' obligations under treaty or customary international law.

The United States reiterates its longstanding belief that implementation of the United Nations Declaration on the Rights of Indigenous Peoples ("UN Declaration") should remain the focus of the OAS and its Member States. OAS Member States joined other UN Member States in renewing their political commitments with respect to the UN Declaration at the World Conference on Indigenous Peoples in September 2014. The important and challenging initiatives underway at the global level to realize the respective commitments in the UN Declaration and the outcome document of the World Conference are appropriately the focus of the attention and resources of States, indigenous peoples, civil society, and international organizations, including in the Americas. In this regard, the United States intends to continue its diligent and proactive efforts, which it has undertaken in close collaboration with indigenous peoples in the United States and many of its fellow OAS Member States, to promote achievement of the ends of the UN Declaration, and to promote fulfillment of the commitments in the World Conference outcome document. Of final note, the United States reiterates its solidarity with the concerns expressed by indigenous peoples concerning their lack of full and effective participation in these negotiations.

2.      ...in full partnership with Indigenous peoples in Canada, to move forward with the implementation of the UN Declaration on the Rights of Indigenous Peoples in accordance with Canada's Constitution. As Canada has not participated substantively in recent years in negotiations on the American Declaration on the Rights of Indigenous Peoples, it is not able at this time to take a position on the proposed text of this Declaration. Canada is committed to continue working with our partners in the OAS on advancing Indigenous issues across the Americas.

3.      ...communities' prior, free, and informed consent before adopting and enforcing legislative or administrative measures that could affect them, in order to secure their free, prior, and informed consent.

This is because Colombian law defines such communities' right of prior consultation in accordance with ILO Convention No. 169. Thus, the Colombian Constitutional Court has ruled that the consultation process must be pursued "with the aim of reaching an agreement or securing the consent of the indigenous communities regarding the proposed legislative measures." It must be noted that this does not translate into the ethnic communities having the power of veto over measures affecting them directly whereby such measures cannot proceed without their consent; instead, it means that following a disagreement "formulas for consensus-building or agreement with the community" must be presented.

RECALLING the commitments undertaken by the Member States to guarantee, promote, and protect the rights and institutions of indigenous peoples, including those undertaken at the Third and Fourth Summits of the Americas;

RECALLING AS WELL the universality, inseparability, and interdependence of human rights recognized under international law;

CONVINCED that recognition of the rights of indigenous peoples in this Declaration will foster among states and indigenous peoples harmonious and cooperative relations based on the principles of justice, democracy, respect for human rights, nondiscrimination, and good faith;

CONSIDERING the importance of eliminating all forms of discrimination that may affect indigenous peoples, and taking into account the responsibility of states to combat them;

ENCOURAGING States to respect and comply with and effectively implement all their obligations as they apply to indigenous peoples under international instruments, in particular those related to human rights, in consultation and cooperation with the peoples concerned;

DECLARE:

## SECTION ONE: Indigenous Peoples. Scope of Application

**Article I.**

1.     The American Declaration on the Rights of Indigenous Peoples applies to the indigenous peoples of the Americas.

2.     Self-identification as indigenous peoples will be a fundamental criteria for determining to whom this Declaration applies. The states shall respect the right to such self-identification as indigenous, individually or collectively, in keeping with the practices and institutions of each indigenous people.

**Article II.**

The states recognize and respect the multicultural and multilingual character of the indigenous peoples, who are an integral part of their societies.

**Article III.**

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

**Article IV.**

Nothing in this Declaration may be interpreted as implying for any State, people, group or person any right to engage in any activity or to perform any act contrary to the Charter of the Organization of American States and the Charter of the United Nations or construed as authorizing or



encouraging any action which would dismember or impair, totally or in part, the territorial integrity or political unity of sovereign and independent States.

### SECTION TWO: Human Rights and Collective Rights

**Article V.**      Full effect and observance of human rights

Indigenous peoples and persons have the right to the full enjoyment of all human rights and fundamental freedoms, as recognized in the Charter of the United Nations, the Charter of the Organization of American States and international human rights law.

**Article VI.**      Collective rights

Indigenous peoples have collective rights that are indispensable for their existence, well-being, and integral development as peoples. In this regard, the states recognize and respect, the right of the indigenous peoples to their collective action; to their juridical, social, political, and economic systems or institutions; to their own cultures; to profess and practice their spiritual beliefs; to use their own tongues and languages; and to their lands, territories and resources. States shall promote with the full and effective participation of the indigenous peoples the harmonious coexistence of rights and systems of the different population, groups, and cultures.

**Article VII.**      Gender equality

1.      Indigenous women have the right to the recognition, protection, and enjoyment of all human rights and fundamental freedoms provided for in international law, free of all forms of discrimination.

2.      States recognize that violence against indigenous peoples and persons, particularly women, hinders or nullifies the enjoyment of all human rights and fundamental freedoms.

3.      States shall adopt the necessary measures, in conjunction with indigenous peoples, to prevent and eradicate all forms of violence and discrimination, particularly against indigenous women and children.

**Article VIII.**      Right to belong to the indigenous peoples

Indigenous persons and communities have the right to belong to one or more indigenous peoples, in accordance with the identity, traditions, customs, and systems of belonging of each people. No discrimination of any kind may arise from the exercise of such a right.

**Article IX.**      Juridical personality

The states shall recognize fully the juridical personality of the indigenous peoples, respecting indigenous forms of organization and promoting the full exercise of the rights recognized in this Declaration.

**Article X.**      Rejection of assimilation



1.      Indigenous peoples have the right to maintain, express, and freely develop their cultural identity in all respects, free from any external attempt at assimilation.

2.      The States shall not carry out, adopt, support, or favor any policy to assimilate the indigenous peoples or to destroy their cultures.

**Article XI.**      Protection against genocide

Indigenous peoples have the right to not be subjected to any form of genocide or attempts to exterminate them.

**Article XII.**      Guarantees against racism, racial discrimination, xenophobia, and other related forms of intolerance

Indigenous peoples have the right not to be subject to racism, racial discrimination, xenophobia, and other related forms of intolerance. The states shall adopt the preventive and corrective measures necessary for the full and effective protection of this right.

## SECTION THREE: Cultural Identity

**Article XIII.**      Right to cultural identity and integrity

1.      Indigenous peoples have the right to their own cultural identity and integrity and to their cultural heritage, both tangible and intangible, including historic and ancestral heritage; and to the protection, preservation, maintenance, and development of that cultural heritage for their collective continuity and that of their members and so as to transmit that heritage to future generations.

2.      States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious and spiritual property taken without their free, prior and informed consent or in violation of their laws, traditions and customs.

3.      Indigenous people have the right to the recognition and respect for all their ways of life, world views, spirituality, uses and customs, norms and traditions, forms of social, economic and political organization, forms of transmission of knowledge, institutions, practices, beliefs, values, dress and languages, recognizing their inter-relationship as elaborated in this Declaration.

**Article XIV.**      Systems of Knowledge, Language and Communication

1.      Indigenous peoples have the right to preserve, use, develop, revitalize, and transmit to future generations their own histories, languages, oral traditions, philosophies, systems of knowledge, writing, and literature; and to designate and maintain their own names for their communities, individuals, and places.

2.      The states shall adopt adequate and effective measures to protect the exercise of this right with the full and effective participation of indigenous peoples.



3.      Indigenous peoples have the right to promote and develop all their systems and media of communication, including their own radio and television programs, and to have equal access to all other means of communication and information. The states shall take measures to promote the broadcast of radio and television programs in indigenous languages, particularly in areas with an indigenous presence. The states shall support and facilitate the creation of indigenous radio and television stations, as well as other means of information and communication.

4.      The states, in conjunction with indigenous peoples, shall make efforts to ensure that those peoples can understand and be understood in their languages in administrative, political, and judicial proceedings, where necessary through the provision of interpretation or by other effective means.

**Article XV.**      Education

1.      Indigenous peoples and individuals, particularly indigenous children, have the right to all levels and forms of education, without discrimination.

2.      States and indigenous peoples, in keeping with the principle of equality of opportunity, shall promote the reduction of disparities in education between indigenous and non-indigenous peoples.

3.      Indigenous peoples have the right to establish and control their educational systems and institutions, providing education in their own languages, in a manner appropriate to their cultural methods of teaching and learning.

4.      In conjunction with indigenous peoples, the states shall take effective measures to ensure that indigenous persons living outside their communities, particularly children, may have access to education in their own languages and cultures.

5.      States shall promote harmonious intercultural relations, ensuring that the curricula of state educational systems reflect the pluricultural and multilingual nature of their societies and encourage respect for and knowledge of the different indigenous cultures. States shall, in conjunction with indigenous peoples, promote intercultural education that reflects the worldview, histories, languages, knowledge, values, cultures, practices, and ways of life of those peoples.

6.      States, in conjunction with indigenous peoples, shall adopt necessary and effective measures to ensure the exercise and observance of these rights.

**Article XVI.**      Indigenous spirituality

1.      Indigenous peoples have the right to freely exercise their own spirituality and beliefs and, by virtue of that right, to practice, develop, transmit, and teach their traditions, customs, and ceremonies, and to carry them out in public and in private, individually and collectively.

2.      No indigenous people or person shall be subject to pressures or impositions, or any other type of coercive measures that impair or limit their right to freely exercise their indigenous spirituality and beliefs.

Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

The 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entrusted to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, Ali, El, Bey, Dey, and Al. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Union States State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of

Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);  The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 s. 778, 779, and 781:

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM Jur (1st), Highways, sec. 163:

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. Thompson v. Smith 154 SE 579:

5. State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving and speeding are not. California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):

6. The state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300:

7. Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

8. Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623,

ℏ

659—60:

9. **W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **T**he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **F**or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **I**f any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**L**ack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I.R., 323 US 310, 313.**

**W**hereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still standsl Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**W**hereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**T**hat the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

*Therefore*, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

*Wherefore* all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.   All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

*Explicit* Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens.  Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known

5



ISLAM    ASIA    ALLAH

This Nationality and Identification Card bears the Great Seal of the Moorish Empire. The bearer of this card is... ...American National. In Propria Persona. Aborigine and Indigenous to Northwest Amexem / Southwest Amexem / Northwest Africa /North America - The North Gate, including Central America, South America and the adjoining Islands—Americana. The bearer of this card is a Moslem under the Divine Principles Love, Truth, Peace, Freedom and ...

...honors the Divine Laws of the GREAT KORAN of Mohammed and Divine Prophets Ali Mohammed and Buddha and Confucius. Moorish American Nationals uphold and enforce the Supreme Law — the Divine Principles imbued within the North American Republic Constitution for the United States America and are a Citizen of the Moorish Nation—Northwest Africa / Northwest Amexem / North America.

...ll Officers, departments, agents, employees, personnel and assigns, etc., of North America. All statutes, codes, rules, contracts, et al, repugnant to the Constitution are void Ab Initio, pursuant to Nature's Law, Divine Law, and affirmed by Article VI of the Constitution.

Allodial American National
...Republic...
Sub-Status Continenta...

Appellation: **Andre Ali**
Born Day: **9/30/1977** Natural Person / In Full Life
National Domicile: **North America** Race: **Human**
Ancestral Estate: **North, South, Central, Amexem/Africa/America**
Mailing Location: c/o **3700 N. 1st Avenue #1047**
**Tucson, Arizona Republic [85719]**

...: Black
Eyes: Brown
Height: 6'10"
Weight: 250

R I G H T    T H U M B

Nationality: **Moor American**
Autograph: [signature]
All Rights Reserved and Retained

Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native American; Heirs of North America; National People of the Land; Divine Law; United States Code of Law - Title 22, Ch. 2, Sec 141; of General and Permanent Character
Not Taxed; AA22341; Constitution - Art.1, Sec.2, Clause 2: Treaties.

```
*******************************************
***          Send Results           ***
*******************************************

            Sending is complete.

Job No.                    1629
Address                    16023822364
Name
Start Time                 03/10 04:25 PM
Call Length    ex Rel      03'21
Sheets                     17
Result                     OK
```

Claim # G201321958

ATT: BRUCE BROWN

The STATE OF AZ

WAS AWARE OF VANnessA

Archuleta's CRedibility

MEDical Record History

AND CRiminal History

SHE Is Currently Serving

Time For Sexual Misconduct

With A Minor.

The STATE Goofed or

Relied on my

*Proof Run Profession Standard PJI Fraud*

Name of Person Filing: Maurice Andre BROOKS
Mailing Address: 1238 S San Jacinto
City, State, Zip Code: 85713
DaytimeTelephone:
Representing Self:

## ARIZONA SUPERIOR COURT, PIMA COUNTY

In the Matter of the Application of )
)
*MAURICE Andre BROOKS* )
                              Applicant )
_____ )

Case No. _____

APPLICATION FOR
CHANGE OF NAME FOR AN ADULT

1. Applicant *MAURICE ANDRE BROOKS*, born 9/30/77 at *Community Hospital, CA* is a resident of *Tucson AZ* County and desires a change of name for the following reason: *I Illegal adoption / And Name Change. Ronald L BROOKS Not Father (STATE OF ARIZONA)*

2. Applicant *MAURICE Andre BROOKS*, ☐ has ☐ has not been convicted of a felony. This application is made solely for applicant's best interests and will not operate to release applicant from any obligations applicant has incurred or is under, or defeat or destroy any rights of property or action had in applicant's original name.

THEREFORE, applicant requests that the court enter an order that the present name of

*MAURICE Andre BROOKS*, be changed to *Andre DE-Shawn High*

The undersigned swears or affirms that the statements set forth above are true and correct, subject to penalties of making a false affidavit or declaration.

_____
Date

_____
Requesting Party

**U.S. Department of the Treasury**
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

<strong>PLEASE RETAIN FOR YOUR RECORDS</strong>

*ex Rel I Illegal garnishment of SSD*

*FRAUD*

*Adverse*

*Claim*

03/02/18

ANDRE DE SHAWN HIGH
1238 S SAN JACINTO DR
A205
TUCSON, AZ  85713

146093560

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all
or part of your payment to delinquent debt that you owe. This action is authorized by federal
law. Below is your payment information:

| | |
|---|---|
| Payment From: | Social Security Administration |
| Payee Name: | ANDRE DE SHAWN HIGH |
| Original Payment Amount: | $821.00 |
| Payee TIN (Last Four): | 2118 |
| Beneficiary TIN (Last Four): | 2118 |
| Payment Date: | 03/02/18 |
| Payment Type: | EFT |
| Claim Account Number: | ~~5~~ |

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. Department of Education
C/O EDUCATIONAL CREDIT MNGMT CORP.
ATTN:  FEDERAL OFFSET
P.O. BOX 16288
ST. PAUL          MN 55116-0288
800-367-1590

TOP Trace Number:  146093560
Account#:  ~~~~
Applied to This Debt:          $71.00
Type of Debt:  Non-Tax Federal Debt

Please see additional pages for other debts, if any.

### What Should I Do Now?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been
reduced. If you believe that your payment was applied in error, you would like to resolve your
debt, or you have questions about your debt or outstanding balance, contact the agency listed
under **Who Do I Owe.**  Please have this notice available when you contact the agency.

Only an agency listed under  **Who Do I Owe** has information about your debt. Before sending a
debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice
explains the amount and type of debt you owe, the rights available to you, and the agency's
intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under  **Who Do I Owe.** If you have
questions about the Treasury Offset Program, please visit our website at
www.fiscal.treasury.gov/TOP  or call 1-800-304-3107. Please do not contact the Social Security
Administration regarding the reduction made in your Federal payment as a result of this offset.

---

****NOTE:  If you have not already spoken with an attorney in the Attorney/Consumer Assistance Program you may wish to call 602/340-7280 BEFORE submitting this form

# STATE BAR OF ARIZONA
## CHARGE AGAINST A LAWYER

| NAME AND ADDRESS OF CONSUMER | NAME AND ADDRESS OF LAWYER |
|---|---|
| Andre Ali 1238 S San Jacinto Tucson AZ 85713 | Tucson City Court 103 E Alameda street Tucson AZ 85726-7210 Mike Radin/city prosecutor |
| Telephone No. Email address: 520-789-0347 | Telephone No. 520-791-4216 |

1. **Did or does this lawyer represent you?**

   YES ____  NO __✓__

   *Thomas Berning*
   *Jennifer Bonham*
   *Jonathan Rothschild*

   If "YES", provide the approximate dates the lawyer represented you, and the amount, if any, paid to the lawyer.
   SEE Bill SB 1185 Doug DUCEY / Matthew Kogmeier Connection

   If "NO", how did you come into contact with this lawyer?
   In Connection to Complaint filed Matthew Kolmeier 3/7/18 Civil Dismissed in Pima County Justice Court. I Filed Complaint against City of Tucson, City of Tucson Employees wish To engage Ial FRAUD, Perjury and Unconstitutional Ethics Ties To Matthew Kogimeier / Doug Ducey

2. **Do you currently have a lawyer other than the one named in this charge form?**

   YES ____  NO __✓__

   If "YES", provide your lawyer's name and address.

3. **If your charge is about conduct in a lawsuit, provide the following information:**

   Case number of the lawsuit: 4:18-CV-06124 / 4:17-CV-00546 BGm

   Title of the lawsuit (for example, Smith v. Jones): Ali V Scotia Group Management Ali V Meso, Wells Fargo, Cash Time

   Name of court (for example, Superior or Municipal Court, and name of county of city): District Court AZ Tucson, Pima

Approximate date the lawsuit was filed: *Few Months ago have Not Been able To Complete due to FAlSE Charges By City of Tucson*

What is your connection to the lawsuit (for example, plaintiff or defendant): _____

_____

**4.** Is the lawyer in possession of money or other property (for example, your original documents or client file) that you believe should be returned to you?

YES_____  NO __✓__

If "YES" please identify the money or property *and include any written fee agreement:*:
*Must BE Settled in Court Civil Rights, Human Rights violations, Ethics and Morals violations Mis Conduct by City and state officials, U.S.C. violations (A) TReaty violations*

**5.** What type of legal work was/is involved?  (Check all that apply)

- ☐ Collections
- ☐ Family Law/Divorce
- ☑ Criminal Law/Traffic Offenses
- ☑ Personal Injury
- ☐ Immigration
- ☐ Worker's Compensation
- ☐ General Civil
- ☑ Other _____ *SEE # 4.*

**6.** What is the general nature of your charge against the lawyer (Check all that apply and please explain in Section 7 below)

- ☐ Delay or lack of diligence
- ☐ Failing to Answer letters or phone calls
- ☐ Refusing to return your files or papers
- ☑ Conflict of interest
- ☐ Improper handling of your money or property
- ☐ Not keeping you informed of progress on your case
- ☐ Not following instructions
- ☐ Other _____ *Not My Lawyer CROOKS IN High Places*

**7.** State your charge in your own words.  Before doing so, you may wish to review "Information about Filing a Charge Against a Lawyer."  Include all important dates, times, places, and details so that the specific nature of your charge can be understood.

Use additional sheets if necessary. PLEASE DO NOT USE THE BACK OF THIS FORM.
*FRAUD, PERJURY, FALSE Arrest, Illegal proceedings Slavery, Coercion, Conspiracy Real estate intrest SEE Negro Codes // Pig laws*

*Guilty By there own Admissions*

Use additional sheets if necessary. PLEASE DO NOT USE THE BACK OF THIS FORM.

Attachments Added

Proof Of Lying under Oath

BRADY Violations

Pull CASE FILES FROM TUCSON

CITY Court

V

CERTIFIED DOCUMENT

By NATHAN Weigle

DOES NOT MATCH

WHAT SUSPENED OFFICER

STOVER SAID

FRAUD

PERJURY under Oath

TPD Professional STANdards Corruption

I understand that most written charges against lawyers eventually become a public record. I understand that all information on this form, including my name and address, will be available for review by the lawyer and others who may view the file. This charge form and other submissions by me will be sent to the lawyer.

DATE: 5/1/2018     SIGNATURE: *Andre Ali*

Print/Type Name: *Andre Ali*

SUBMIT COMPLETED FORM TO:
STATE BAR OF ARIZONA
4201 N. 24th Street, Suite 100
Phoenix, AZ 85016-6266

4201 N. 24th Street, Suite 100 ♦ Phoenix, AZ 85016-6266
PHONE: 602-252-4804 ♦ FAX: 602-271-4930 ♦ PUBLIC: www.azbar.org ♦ MEMBERS: www.myazbar.org

*BEFORE I or BKe moved IN*
*Door Had Problems Tenant Before Us*

## Rillito Village
3700 N 1st Ave
Tucson , AZ 85719-1648
(520) 293-1040

**Unit 1047**

### Service request
13949-1
Status: In progress
Created by: Kristin Fleming
Submitted: 12/11/2015 2:49PM
Printed: 12/11/2015 2:52PM

**Location: Unit 1047**

**Location Information**

**John eric Armour**

3700 N. 1ST AVE. # 1047
TUCSON , AZ  85719

Days occupied:16  Number of requests:1

Floor plan: STUDIO

**Scheduling information**

| | |
|---|---|
| Assigned to: | **Any technician** |
| Priority: | **ASAP, night or day** |
| PTE: | **Enter at any time** |
| Date/time preferred: | |
| Date/time scheduled: | |
| Complete SR by: | **12/14/2015 02:49 pm** |

**Request details**

**Entry notes:** No Pet Warnings, No Additional Comments

**Issue location:**

**Issue description:** Closet, Other - Please see comments

**Parts and equipment needed:** -

**Work notes:** Thank you for making Rillito Village your home! Have a wonderful day!!

**Service comments:** bi-fold door by water heater falls off, outlets the plugs just falls out and cover is broken

**Actions performed**  (check all that apply)

☐ Other - Please see completion notes      ☐ Repaired Closet Rod      ☐ Replaced Closet Rod

☐ Other, please see comments

**Other actions performed:** _____

**Date Completed:** _____

**Start time** _____ **End time** _____ **Charge** _____ **Status** _____

**Parts used** _____

☐ **No Access**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ **Due to an emergency, the maintenance staff entered** your apartment

Service request #  13949-1
Location   Unit 1047
Assigned to  Any technician

**Signed** _____        **Date completed** _____

*Done!*
*I'LL install the door*
*when it comes in.*

*Rilito Village BBB report*
*OUT OF Business*


**SCOTIAGROUP**
MANAGEMENT, LLC



Community: <u>City Heights</u>
Apt No. <u>1047</u>

**RENTAL AGREEMENT**

From: <u>04/03/17</u> To: <u>04/30/18</u>

THIS RENTAL AGREEMENT made this between **City Heights Apartments** hereinafter called "Landlord" and the following persons jointly and severally

| | | | | | |
|---|---|---|---|---|---|
| 1) Breanna Bunch | SS# | XXX-XX-8485 | 2) Andre High | SS# | XXX-XX-2118 |
| 3) | SS# | | 4) | SS# | |
| 5) | SS# | | 6) | SS# | |

Other Occupants under eighteen years of age who will be residing in said apartment are:

| | | | | | |
|---|---|---|---|---|---|
| 1) | SS# | | 2) | SS# | |
| 3) | SS# | | 4) | SS# | |

The Landlord, in consideration of the covenants of the Resident hereinafter set forth, leases to Resident, Apartment No. <u>1047</u> in the <u>City Heights</u> located at <u>3700 N 1st Ave</u>, in the City of <u>Tucson</u>, in the County of <u>Pima</u>, Arizona together with furniture and furnishings as per inventory shown on the Move-In/Move-Out Inspection Sheet.

1. **USE.** The premises shall be used only for residential purposes and only by those Residents and Occupants listed above.

2. **TERM.** This Rental Agreement shall begin on the <u>3rd of April, 2017</u>, to the last day of <u>April, 2018</u>. After this ending date, the Lease shall continue automatically as a month-to-month tenancy unless otherwise terminated by either Party giving a sixty (60) day written notice delivered at least sixty (60) days prior to the expiration of the rental period. For purposes of giving or receiving any notice pursuant to the lease or under Arizona law, each Resident is the agent of all Residents. Therefore, notice given to or received from one Resident shall be deemed to have been given or received by all Residents.

3. **RENT.** The Resident in consideration of the leasing of the premises and personal property, if any, as above set forth, covenants and agrees with the Landlord to pay said Landlord as rent for the same the sum of per month, by 5 pm on the first day of each month, the "Total Monthly Rent" as set forth in this paragraph together with any other amounts owed pursuant to this Lease.

All payment shall be made by personal checks, money orders or cashier's checks and at no time will cash be accepted for payment of rent, deposits or other charges. Landlord may require payment by single instrument. After the 5th day of the month, all payments shall be made by money orders or cashier's checks. Resident further agrees that Management possesses the exclusive right to determine how Resident's payments are applied toward the various monetary obligations of this Lease (including, but not limited to: rent, unpaid deposits, damages, charges and fees.)

Sales tax on said apartment is currently <u>0.00 %</u>. In the event the municipal sales tax is changed by the appropriate governing body, the sales tax stated in your Rental Agreement will change with a 30-day written notice to the Resident.

| MONTHLY RENTAL CHARGES | | | DEPOSITS / REDECORATING FEES | | |
|---|---|---|---|---|---|
| Rent | $ | 460.00 | Security Deposits | $ | 250.00 |
| Pet Rent (not applicable to assistive animals) | $ | 0.00 | Pet Deposit (not applicable to assistive animals) | $ | 0.00 |
| Parking Rent | $ | 0.00 | Other Deposits - | $ | 0.00 |
| Month-to-Month Rent | $ | 0.00 | **TOTAL DEPOSITS** | $ | 250.00 |
| Other - | $ | 0.00 | | | |
| Other - | $ | 0.00 | | | |
| Other - | $ | 0.00 | Redecorating Fee, Non-Refundable | $ | 0.00 |
| Tax - 0.00 % | $ | 0.00 | Pet Redec Fee (not applicable to assistive animals) | $ | 0.00 |
| **TOTAL MONTHLY RENT** | $ | **460.00** | **TOTAL NON-REFUND, REDEC FEES** | $ | **0.00** |

4. **SECURITY DEPOSITS/REDECORATING FEES.** The Resident hereby agrees to pay the above amount with Landlord to be held by the Landlord, at no interest accruing to the Resident and which may be commingled with Landlords funds, not as advance rent but as security and damage deposit for the full and faithful performance by the Resident of all his obligations under the Rental Agreement. Resident shall not allocate or use *any* portion of the Refundable Security Deposit as credit toward the payment of rent. Landlord hereby acknowledges receipt from Resident of non-refundable redecorating fee as stated above, which shall be immediately liquidated and used by Landlord to help defray costs of refurbishing the premises prior to occupancy by the Resident.

5. **FEES.** Resident will pay as additional rent, a late charge of <u>$75.00</u> on the fourth (4th) day of the month, plus additional late charges of <u>$10.00</u> per day thereafter until the rent is paid in full. In addition, if demand for rent is made through service of a Five (5) Day Rent Demand Letter or any notice is served upon the Resident pursuant to the Arizona Residential Landlord and Tenant Act, Resident agrees to pay an additional $25.00 as additional rent for said service plus NSF charges of $75.00 on returned checks or charges due to dishonored payments for any reason. If Resident's payment is returned NSF or dishonored for any reason, all future payments must be paid with either a money order or cashier's check.

6. **RENTAL CONCESSIONS.** Resident received a Move-in, Monthly or Renewal Concession in the amount of $633.50, which is due and

_____ (INITIAL(s))
A H

# The Government of The United States of America-1781-2014

- The United States is the only nation in the world with a representative, democratic constitution that denies voting representation in the national legislature to the citizens of the capital.

- DC elects a Delegate to the House of Representatives who can vote in committee and draft legislation, but does not have full voting rights. However, Congress is considering legislation that will grant DC's Delegate full voting rights. The current Delegate is Congresswoman Eleanor Holmes Norton.

- DC residents also elect two shadow senators and a shadow representative as non-voting representatives. This shadow delegation lobbies Congress on District issues and concerns. END QUOTE; SOURCE: http://dc.gov/page/statehood

# The Government of The United States of America-1781-2014

- The Government of The United States of America has a permanent population by people that simply claimed their Nationality. That claim changed everything. This is what happened:

- 1: Nationality was claimed with oath or affirmation.

- 2: There was no government in existence that the American Nationals could utilize.

MICHAEL G. RANKIN, City Attorney
ALAN L. MERRITT, Criminal Deputy City Attorney
JENNIFER  BONHAM, Assistant Prosecuting City Attorney
Criminal Division, P.O. Box 27210
Tucson, Arizona  85726-7210
AZ State Bar No. 032332
Firm No. 197900
Email: Jennifer.Bonham@tucsonaz.gov
(520) 791- 4104

## IN THE CITY COURT OF THE CITY OF TUCSON
## COUNTY OF PIMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA | No. 21421607 |
| Plaintiff, | Docket. CM18009362 |
| vs. | **MOTION TO AMEND** |
| ANDRE ALI, | |
| Defendant. | (Judge Berning) |

The STATE OF ARIZONA pursuant to Rule 13.5 of the Arizona Rules of Criminal Procedure, moves to amend the complaint as follows:

Defendant is also known as Andre High and Maurice Brooks.

Dated March 16, 2018

Jennifer Bonham
Assigned Prosecutor

It is hereby ORDERED that the above entitled action is amended on motion of the State of Arizona for the above-stated reasons.

Dated 4-16-2018

Tucson City Court Magistrate

COPY TO:              Court              Defendant              Prosecutor

**Koglmeier Law Group, P.L.C.**

**Pima County Consolidated Justice Court**

*In And For The County Of Pima, State Of Arizona*

715 North Gilbert Rd., Suite 2
Mesa, AZ 85203
Office 480.962.5353, Fax 480.615.3990
*Matthew D. Koglmeier, State Bar #007200*

*240 N. Stone Ave Tucson, AZ 85701*
520-724-3171

*Attorney for the Plaintiff*

*# 1802200474*

**SCOTIA GROUP MANAGEMENT LLC, dba,**

**CITY HEIGHTS APARTMENT HOMES**

3700 N. 1ST AVE.
TUCSON, AZ 85719
520-293-1040

*CV18-006107*

**Case Number**

Plaintiff(s)

**VS.**

**BREANNA BUNCH & ANDRE HIGH**

**Notice of Dismissal**

3700 N. 1ST AVE. #1047
TUCSON, AZ 85719

Defendant(s)

**Dismissal Applies To Defendant(s) BREANNA BUNCH & ANDRE HIGH:**

THE PLAINTIFF, CITY HEIGHTS APARTMENT HOMES, by and through counsel undersigned, requests that the above cause, scheduled for hearing on 03/08/2018, be dismissed without prejudice.

**March 06, 2018**

Date Signed

*Matthew D. Koglmeier; Attorney For The Plaintiff*

**Certificate of Mailing**                    **FD20180227-12**

A copy of this document was mailed 03/06/2018 to the defendant(s), BREANNA BUNCH & ANDRE HIGH, at the following

**BREANNA BUNCH & ANDRE HIGH**

3700 N. 1ST AVE. #1047
TUCSON, AZ 85719

Signature Of Person Mailing Document

**FD20180227-12**

would get us to overstand our responsibility to the American Constitution, which  REALLY was written for others in our land, as to how to behave in our land, and our duty and obligation is to enforce it, as it is the solving of the problem then and now. Failure to do so will cause great earthquakes, and other natural disasters, just as he said, and as is being done.  Many don't get why or how it is our mental outlook and energy that reflects and causes a connection to the ethers, as we and our energy is tied to every other living thing.

## IMPACTING DEFINITIONS FOR YOUR REVIEW TO SET THE STAGE:

**Jus Sanguine:**  The Right of Blood.

**Jus gentium:**  The Law of Nations.

**Res Judicata:**  A matter adjudged;  a thing judicially acted upon or decided;  a thing or matter settled by judgment.  A phrase of the civil law, constantly quoted in the books.  Rules that final judgment or decree on merits by <u>court of competent jurisdiction</u> is conclusive of rights of parties or their privies in <u>all later suits on points and matters determined in former suit</u>. And to be applicable, **requires identity** in thing sued for as well as identity  of cause of action, **of persons** and **parties** to action, and of **quality in person** for or against whom claim is made.  The sum substance of the whole rule is that <u>a matter once judicially decided is finally decided</u>.

> **Note:**  This is in regards to 'Stare Decisis' case laws, which apply to ALL states and several states, etc. This is distinguished with Estoppel as it is the basis upon a cause and need for an Estoppel, the intent of an Estoppel in its broadest sense is penalty paid by one perpetrating wrong [defacto court administrators] by known fraud or by affirmative act which, though with (or without) fraudulent intent, may result in legal fraud on another. This is what is being done in most of the defacto fraudulent courts in that they violate the law against the people, yet they are deemed to know the law by their very position and seats they sit in.

> "Officers of the court have no immunity, when violating a Constitutional right, from liability.  For they are deemed to know the law."
> **Owen v. Independence, 100 S.C.T. 1398, 445 US 622**

**Jus praetorium:**  In civil law.  The discretion of the praetor, as distinct from the leges, or standing laws.  That kind of law which the praetors introduced for the purpose of aiding, supplying, or correcting the civil law, for the public benefit.

> **Note:**  This is the position the Sheiks and Grand Sheiks (are supposed) to hold and effectuate in the spirit of 'making law and enforcing law' for the Moorish Nation, as the Moorish Nation is the authorizing nation state and encompasses the whole body of law—"jus", by way of "jus sanguine" (blood) and being in this land, which is the Ancestral Estate and dominion of Moors. (Chapter 47 of the Circle 7 Holy Koran divinely preapred by Prophet Noble Drew Ali).

**Jus Precarium:**  In the civil law. A right to the thing held for another, for which there is no remedy by **legal** action, but only **entreaty** or request.

> **Note:**  This is the position Public Servants / Public Officials, etc., hold only by way of being Trustees of the Moors Estate and have been given obligations and duties (as described in the Articles of the Constitution).  They however have NO Right of claim unless entreated to them by request and granted or permitted by Moors.  However they never ask, they just escheated the inheritance. Thus, Prophet Noble Drew Ali came to tell us about our "Illustrious History and Illustrious Estate. "You are rich my children, you are rich".  Our position in law is **"jus praesens"**

**Jus Praesens:  In civil law.**  A present or vested right; a right already completely acquired.

**Why don't the Beys enforce that?** We trust this clears up a some things.  Read Amendment IX to know your position when a State government establishment or any of its charters, corporations, enclaves, agencies, agents and representatives, seen and unseen, known and un-

3

known, disclosed and undisclosed,  encroaches your liberties and violates you and the Law of the Land.

When you declare (be clear yourself) and Proclaim your nationality, those colorable documents are void and ex rel is the lawful position, equating with the Prophet's Instruction of not getting rid of it as it is proof of human trafficking and genocide of the people.  Then you would send DIRECTLY to the United States Departments of State yourself, and a few others, approximately 7 or 8 of them, without a middle-man notary from the corporate state, as you are NOT a citizen / member of the corporate state in the first place and as mentioned earlier, their birth certificates are a receipt of a void record.  To be a Moor, a Diplomat, an Amir, a Moor American National, you are obligated to attest to the validity of records, therefore recognize void records.

Check it all out for yourself and recognize what you are being led to do with the birth certificate, Taiwan, the Secretary of the corporate states, etc.  Someone, somewhere DOES NOT want to see Moors take their place amongst the affairs of man and step into the knowledge and benefits of their heritage.  We clearly get why it is a conflict that cannot be told in words, just as Prophet Noble Drew Ali said it would be.

**In Plenus Vita**
R.V. Bey Publications
*22nd day of June 2014 ccy / 1434 mcy*