

**UNITED STATES OF AMERICA REPUBLIC**
**NATIONAL HEADQUARTERS**
**P.O. BOX 436885**
**CHICAGO, PROVINCE OF ILLINOIS [60643]**
**PHONE: 773-359-3192**
**www.unitedstatesrepublic.us**
**EMAIL: INFO@UNITEDSTATESREPUBLIC.US**
**"To Uplift Fallen Humanity"**



## APPLICATION FOR CITIZENSHIP

**\* ATTENTION\***     1. NATIONALIZATION PROCESSING FEE (Nationality is Free)
2. MUST TAKE BOTH, Nationalism and citizenship Course (donation requested)
(required to be completed within three (3) months and prior to participation in any Nationalization Ceremony)

Please include Certified Birth Certificate, color copy (front & back) Social Security Card, Driver's License,
Two Passport Photos, and a copy of any existing name change (court order or county recorder filing)
All names used are to be printed as "AKA" on your In-Take Form. \*PLEASE PRINT\*

Appellation/Name: _Andre ___ High ___ Ali_____
           FIRST NAME        MIDDLE NAME        LAST NAME.          TITLE

                                _Andre    DION    Cotton_
NAME AT DELIVERY: _MAURICE ___ AndrE ___ BROOKS_ Adoptive French
           FIRST NAME        MIDDLE NAME        LAST NAME

CURRENT NAME USED: _Andre ___ De-Shawn ___ High_____
           (Paperwork to substantiate change MUST be included) I.e. Court Order, etc...

MAIDEN NAME: (if any) _____

DOMICILE: _North    America_____

MAILING LOCATION: _3700 N 1st #1047 ___ Tucson ___ Az 85713_
                                              CITY / STATE / ZIP

TELEPHONE: _____ _____ _520-789-0347_
           Home              Business              Mobile

EMAIL: _highandre@gmail.com_____

_Andre   High   Ali_
APPLICANT'S AUTOGRAPH/SIGNATURE                    DATE

### VITAL DATA

1. Race: _HUMAN_____    Nationality: _Moor American_____

2. Social Security No.: ~~████████~~    Back: ~~████████~~

3. Driver's License No.: ~~████████~~    State: ~~██~~    Exp. Date: ~~████████~~

4. Born Date: _9/30/77_    Born Time: _9:36 pm_    Born Country: _North America_

   Born City: ~~████~~    Born State: _California_    Born County: _Monterey_

5. Sex: ____    Age: _40_    HT: _5'10_    WT: _260_    Hair Color: _Blk_    Eye Color: _Ben_    Blood Type: ____

# APPLICATION FOR CITIZENSHIP

1. High School: _____ *N/A* _____   Start Date: _____   End Date: *10/4/1994*

   Graduation Date: _____ *N/A* _____   GED Date: *1994*

   Type Diploma/Degree: _____ *GED* _____

   _____ *N/A* _____   _____ *Tucson Az* _____

   Name of High School:   Address:   City/State/Zip

2. College/University: _____   Start Date: _____   End Date: _____

   Graduation Date: _____   GED Date: _____

   Type Diploma/Degree: _____

   Name of College/University:   Address:   City/State/Zip

3. Trade School: *Pima Medical inst.*   Start Date: *2004*   End Date: *2005*

   Graduation Date: _____   GED Date: _____

   Certification/Degree: *CPHT* _____

   Name of Trade School:   Address:   City/State/Zip

   Additional Info:

## EMPLOYMENT AREA

   Employment: _____ *Retired* _____

   Address: _____ *N/A* _____

   City/State/Zip: _____ *N/A* _____

   Phone: _____ *N/A* _____   Supervisor's Name: _____ *N/A* _____

   Start Date: _____   End Date: _____ *N/A* _____   Length Employed (Yrs/Mons) _____

   Salary: _____   Position Description: _____

## EMERGENCY CONTACT INFORMATION

   Name: _____ *N/A* _____

   Location: _____ *N/A* _____   City/State: _____

   Relationship: _____ *N/A* _____   Phone Number: _____

# NOTICE OF CLAIM AGAINST THE CITY OF TUCSON

(Risk Management Use Only)

**CLAIM #:**

CITY OF TUCSON
RECEIVED
2014 SEP 19 PM 12:2
OFFICE OF THE
CITY CLERK

| Name: LAST | FIRST | M.I. | Home Phone |
|---|---|---|---|
| Brooks | Maurice | A | 602-435-4037 |

Address: 2664 N Alvernon Way #C205   Business Phone

City: Tucson   State: Az   Zip Code: 85712

**Claim Facts:**

1. Date of occurrence:   Time of Day:

2. Location (address, intersection, etc.): 2664 N Alvernon Way Parking lot.

3. Circumstances (i.e., what happened): Maurice A Brooks and Breanna N Bunch Victims of Racial Profiling and discrimination By officer Mott of Tucson police Department 4/18/14 Car was Parked Pulled Gun on us on Pirvate Property No CRiminal Act Had Been Comitted

4. Do you claim your property was damaged? If so, a) describe the property, b) describe the damage to the property, and c) state the amount in dollars of the damage to the property you claim to have incurred (attach estimates, appraisals, repair bills if available). *State the amount you would settle claim for should liability be found against the city* ATTACH ADDITIONAL PAGES IF NECESSARY.

Discrimination No Property damage Racial Profiling BREANNA & Maurice Ask For Sum Of

Amount: $500,600

5. Do you claim to have suffered any bodily injuries? If so, a) describe the nature of the injury, b) indicate when you first became aware of the injury, c) state the name and address of any doctors or other medical practitioners who have treated you for the injury, and d) state the amount of any medical expenses you have incurred for treatment of the injury (attach copies of bills or receipts for payment if available). *State the amount you would settle claim for should liability be found against the city* ATTACH ADDITIONAL PAGES IF NECESSARY.

Racial Profiling / Discrimination Cost of ticket 4600 + Pain and Suffering violation of Federal law

Amount: $500,600

6. Cause of damages and/or injuries: Racial Profiling / Discrimination

7. Reasons why City is responsible for your damages and/or injuries: Illegal Traffic Stop

8. List names and addresses of a) witnesses, b) parties, and c) treating physician(s): Breanne Bunch 2664 N Alvernon Way #C205 Donald Hd Security lives on Residence Maurice A Brooks 2664 N Alvernon Way #C205

I, the undersigned, do solemnly swear or affirm that all of the above statements by me are true to the best of my knowledge and belief.

Signature of Claimant: Maurice A Brooks   Breanna Bunch

RM 10 (4/07)

Claim # 14242

CITY OF TUCSON
RECEIVED

2014 OCT 30  AM 11:30

OFFICE OF THE
CITY CLERK

To who It May Concern:

I Breanna Bunch was 4 and 1/2
months pregnant 4/14/2014
when officer mott stopped me
and, maurice A Brooks on Foot
on private property at Gun point
made us unlock our vehical to
write a traffic ticket I honestly
believe we were victims of Racial
Profiling and it was unfair for
Maurice A Brooks To pay for that
ticket officer mott lied about the
events of 4/14/2014.

X Breanna Bunch

X  10-21-14

Cell Phone 602-783-9089

CITY OF TUCSON
RECEIVED

2014 OCT 30  AM 11: 30

OFFICE OF THE
CITY CLERK

To who It may Concern:

I Donald Erickson A resident
of Nottinghill Apartment 2664 N
Alvernon wy did witness Maurice
A. Brooks and his girlfriend
Breanna Bunch out of the
Car standing in the parking lot
on the night of 4/14/2014
when the T.P.D. officer pulled
in and stopped them on foot
forcing them to Unlock the Car
and re-enter the Vehicle.

Donald ERICKSON
X N/A ARM is BROKEN
Date Could Not Sign
10/21/14

(520)
Daytime Tel # 359-1656

CITY OF TUCSON
RECEIVED

2014 OCT 30  AM 11: 31

OFFICE OF THE
CITY CLERK

To who It May Concern

I am the                 A resident
of Nottinghill Apartment 2664 N
Alvernon wy did witness Maurice
A. BROOKS and his girlfriend
Breanna Bunch out of the
Car standing in the parking lot
on the night of 4/14/2014
when the T.P.D. officer pulled
in and stopped them on foot
forcing them to Unlock the Car
and re-enter the Vehicle.


x Rose Cana
Date  10-22-14


Daytime Tel # 520-987-1519



**CITY OF
TUCSON**

**Finance Department
Risk Management**

September 26, 2014

Maurice Brooks
2664 N. Alvernon Way #C205
Tucson, AZ  85712

Re:   **Claim Against the City of Tucson**
      **Claim #:**          **14242**
      **Date of Loss:**     **4/4/14**

Dear Mr. Brooks:

Your Notice of Claim against the City of Tucson has been received by our office.

We are in the process of obtaining information to evaluate your claim, and as soon as our investigation is complete we will be in contact with you. If you do not receive a formal response from this Department within 60 days, you may conclude that the claim has been denied as per Arizona Revised Statute 12-821.01 (E).

Sincerely,

Mark Martin
Claims Adjuster

MM/ev

*Docket No CM1800 7362*

## I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;—to all cases affecting ambassadors, other public ministers and consuls; —to all cases of admiralty and maritime jurisdictions;—to controversies to which the United States shall be a party;—to controversies between two or more states;—between a state and citizens of another state;—between citizens of different states;—between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."
In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, Zilliah S. El and accompanying Petitioners, In Propria Persona. Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
#### Between Morocco and the United States
#### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II

## PARTIES

Plaintiffs

1.     STATE OF CONNECTICUT SUPERIOR COURT, private corporation; foreign to the United States Republic; and all CONNECTICUT CITY Employees; Agents; Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against Zilliah S. El and accompanying Petitioners.

2.     WOODSIDE APARTMENT, LLC, private corporation; foreign to the United States Republic; and all WOODSIDE APARTMENT, LLC employees; Agents; Officers; Contractors; Assignees, etc.,



**CITY OF TUCSON**

**Finance Department**
**Risk Management**

March 7, 2018

Andre Ali
1238 S. San Jacinto
Tucson AZ 85713

Re:          Claim Against the City of Tucson
             Claim#: 17788
             Date of Loss: 2/20/18

Dear Mr. Ali,

Your Notice of Claim against the City of Tucson has been received by our
office.

We are in the process of obtaining information to evaluate your claim, and
as soon as our investigation is complete we will be in contact with you.

If you do not receive a formal response from this Department within 60
days, you may conclude that the claim has been denied as per Arizona
Revised Statute 12-821.01 (E).

Sincerely,

Mark Martin
Claims Adjuster

## CONDITION OF RELEASE AND ORDER - COURTS OF PIMA COUNTY, ARIZONA

State of Arizona vs. ALI, ANDRE

---

**CASE(S) AND CHARGES**
M1041CM18009362
Citation: 21421607
I3-2904A2 (M1)--DISORDERLY CONDUCT-NOISE

**NEXT APPEARANCE**
Your next event is a
Pretrial Conference at
Tucson City Court on
**Monday, April 16
2018, 09:00 AM**

---

**ORDER**

Assigned to: Judge Berning

**RELEASE CONDITIONS INCLUDE THOSE ORDERS ON THE STANDARD CONDITIONS:**

Condition of Release : Released on Signature
Restriction:
Condition:
Note:
Interpreter: None

Defendant Advised of Rule 9.1

See back of form for additional Conditions & Third Party Obligations. (Lea la parte posterior de la forma para ver las Condiciones Adicionales y las Obligaciones de Terceros).

---

I PROMISE TO COMPLY WITH MY RELEASE CONDITIONS, INCLUDING THOSE ON THE STANDARD CONDITIONS RELEASE FORM. I UNDERTAND I HAVE THE RIGHT TO BE PRESENT AT MY TRIAL OTHER PROCEEDINGS IN MY CASE, AND THAT IF I FAIL TO APPEAR, THE TRIAL OR PROCEEDINGS WILL BE HELD WITHOUT ME, ANY BOND POSTED WILL BE FORFEITED, AND A WARRANT WILL BE ISSUED FOR MY ARREST.

(PROMETO CUMPLIR CON MIS CONDICIONES DE LIBERTAD PROVISIONAL, INCLUYENDO LAS CONDICIONES CONVENCIONALES DE LIBERTAD PROVISIONAL. ENTIENDO QUE TENGO EL DERECHO DE ESTAR PRESENTE EN MI JUICIO Y LAS AUDIENCIAS RELACIONADAS CON MI CASO. SI DEJO DE COMPARECER, EL JUICIO Y LAS AUDIENCIAS PUEDEN SEGUIR EN MI AUSENCIA, CUALQUIER FIANZA QUE FUE PAGADA SE PUEDE PERDER Y UNA ORDEN DE APREHENSIÓN SE PUEDE EXPEDIR POR MI ARRESTO).

| Defendant's Signature | Address | Zip Code | Phone# |
|---|---|---|---|

SHETTER, HON SUSAN Q

3/5/2018

**Judge/Releasing Authority**      **Date**

Distribution - Original - Defendant - Prosecutor



Louis Frank Dominguez
Judicial Member
Chair

Peter J. Eckerstrom
Judicial Member
Vice-chair

Colleen E. Concannon
Public Member
Secretary

Christopher W. Ames
Public Member

Gus Aragòn
Judicial Member

Roger D. Barton
Public Member

George H. Foster, Jr.
Judicial Member

Anna Mary Glaab
Judicial Member

Art Hinshaw
Attorney Member

Diane M. Johnsen
Judicial Member

J. Tyrrell Taber
Attorney Member

Margaret H. Downie
Executive Director

## COMMISSION ON JUDICIAL
## CONDUCT

1501 W. Washington Street, Suite 229
Phoenix, Arizona 85007

Telephone: (602) 452-3200
www.azcourts.gov/azcjc

April 20, 2018

Andre Ali
1238 S. San Jacinto Dr.
Tucson, AZ 85713

Re: Case No. 18-117

Dear Mr. Ali:

We received your complaint against Judge Thomas J. Berning and will process it in the order received. When contacting our office about your complaint, please refer to the case number above.

Please note that the commission is not a court and has no authority to review the evidence in a case or determine if a judicial officer ruled properly. Also, judicial officers are not required to recuse themselves in a case where a complaint has been filed against them.

Any subsequent material you provide in connection with your complaint should be addressed to the Commission on Judicial Conduct. If you change your contact information, let us know. You should consult an attorney if you need legal assistance concerning a pending case. After the commission completes its investigation of your complaint, you will be notified in writing.

Sincerely,

/s/ Margaret H. Downie

Margaret H. Downie
Executive Director

/td

 # MARICOPA COUNTY SHERIFF'S OFFICE 

**PAUL PENZONE**
**SHERIFF**

April 16th, 2018

Andre Ali
1238 S. Sanjacinto
Tucson, AZ, 85713

RE: Case Update 2018-0051

Dear Mr. Ali,

This letter is to notify you that the Maricopa County Sheriff's Office Professional Standards Bureau currently has an internal investigation where you are listed as a Complainant and is currently on going. We can assure you that the circumstances surrounding your complaint will be investigated.

You will be informed of our findings upon completion of the investigation. Should you have any questions in the meantime, please feel free to contact the Professional Standards Bureau during regular business hours at (602) 876-5494. Otherwise contact Investigator **Sergeant Lisa K. Pike A7604 at 602-876-4679.**

Thank you,

Maricopa County Sheriff's Office
Professional Standards Bureau



**SCOTIAGROUP**
M A N A G E M E N T, L L C

### UTILITY ADDENDUM

THIS UTILITY ADDENDUM (this "Addendum") to the Apartment Lease dated <u>April 3rd, 2017</u>,
(the "Lease"), by and between Landlord and Resident is incorporated and made an integral part of the Lease. Any term
with its initial letter capitalized and not defined in this Addendum shall have the meaning given to it in the Lease.

| | | |
|---|---|---|
| A. | Landlord: | <u>Rillito Village Apartments, LP</u> |
| B. | Resident(s): | <u>Breanna Bunch, Andre High</u> |
| C. | Community: | <u>City Heights Apartments</u> |
| D. | Apartment Home: | <u>3700 N 1st Ave  #1047 Tucson, AZ 85719</u> |
| E. | Method of Calculating Charge: | |

| | Submeter | Ratio Utility Billing (RUB) |
|---|---|---|
| Water - | ☐ | ☒ |
| Electricity - TEP | ☒ | ☐ |
| Gas | ☐ | ☐ |
| Wastewater | ☐ | ☒ |
| Trash | ☐ | ☒ |

Water Allocation based 50% on the number of persons residing in Resident's apartment unit and 50% on the size of the unit.

Wastewater Allocation based 50% on the number of persons residing in Resident's apartment unit and 50% on the size of the unit.

Trash Allocation based on number of persons residing in Resident's apartment

| | | |
|---|---|---|
| F. | **Monthly Service Fee:** | <u>$3.00</u> |

RESDIENT AND LANDLORD AGREE AS FOLLOWS:

1.  Utility Addendum: This Addendum is a Utility Addendum as described in the Lease.
2.  Utilities Charged Separately: Resident acknowledges that Landlord will charge Resident separately for certain utilities as set forth above. Resident agrees to pay all such charges, together with the Monthly Service Fee indicated above.
3.  General: Except as expressly modified in this Addendum, all terms and conditions of the Lease remain unchanged, and the provisions of the Lease are applicable to the fullest extent not inconsistent with this Addendum. If a conflict between the terms of this Addendum and the Lease exists, the terms of this Addendum shall control the matters specifically governed by this Addendum. If any provision of this Addendum is invalid or unenforceable under applicable law, such provision should be amended to comply with such law. The reformation of any provision of this Addendum shall not invalidate this Addendum or the Lease. An invalid provision that cannot be reformed shall be severed and the remaining portions of this Addendum shall be enforced. Any breach of the terms of this Addendum shall constitute a breach of the Lease to the same extent and with the same remedies to Landlord as provided in the Lease or otherwise available at law or equity. This Addendum does not limit any of Landlord's rights or remedies stated in the Lease, which are cumulative of those stated in this Addendum.
4.  Resident understands and agrees that utility charges are considered additional rent. Resident understands that failure to pay utility charges is an event of default under the lease agreement that could result in legal action to have the resident evicted from the premises. Any outstanding balance may be deducted from your security deposit at lease termination.

**RESIDENT HAS READ AND SHALL ABIDE BY ALL OF THE RULES, REGULATIONS AND AGREEMENTS IN THIS ADDENDUM AND THE LEASE.**

| **RESIDENT:** | | **LANDLORD:** | |
|---|---|---|---|
| Signature: *Andre High* | | By: _____ | |
| Signature: *Breanna Bunch* | | Title: _____ | |
| Signature: _____ | | Date: _____ | |
| Signature: _____ | | | |
| Date: *6/27/17* | | | |

*AH* (INITIAL(S))

*BB*

**TUCSON CITY COURT**

103 E Alameda Street P.O Box 27210      Tucson AZ 85726-7210   Phone  (520) 791-4216

| State of Arizona vs. ANDRE ALI | Docket No. CM18009362 |
|---|---|
| | Citation No. 21421607 |

### PRETRIAL STATEMENT AND ORDER

The Defendant is charged with:                                          **ESTIMATED TRIAL LENGTH:**—————————
**13-2904A2 DOC** on or about February 20th, 2018.

#### THE STATE MAY CALL THE FOLLOWING PERSONS AS WITNESSES:

| Name | Address | Telephone |
|---|---|---|
| LPO Stover, Jeffrey K - 34970 | 9670 E Golf Links Rd 85730, | |
| LPO Torres, Carlos - 37651 | 9670 E Golf Links Rd 85730, | (520) 309-7998 |
| Corral, Cassandra Leann | 2020 S Columbus , | Victim Information Redacted |
| Weigel, Nathan Michael | Victim Information Redacted | (520) 979-5067 |
| Bautista, Jesse | 7356 S Nevil Dr Tucson AZ  85745 | |
| All others listed in reports. | | |

The STATE may introduce the following exhibits and/or physical evidence:
**Body Cam Video, Report - Case, Report - Supplement, Report - Supplement, 911 Call, Call Text - Incident History, Citation and Report - Arrest.  Other Acts Evidence. Rule 609 disclosure. All Rule 15 disclosure.  Defendant's Statements and Admissions.  All Defendant's Witnesses and Exhibits.  State may supplement.**

#### THE DEFENSE MAY CALL THE FOLLOWING PERSONS AS WITNESSES:

| Name | Address and Telephone | Name | Address and Telephone |
|---|---|---|---|
| ANDRE ALi | | | |
| 1238 S San Jacinto | | | |
| Tucson Republic AZ | | | |

The DEFENSE may introduce the following exhibits and/or physical evidence:
BRADY Submitted before Tucson Police Department
AUDIO Visual/Conflict of Intrest claim against city
Defenses: D. _____ _____ - _____

The above statements are accurate as of the date of this pretrial. The undersigned acknowledges the trial and other dates set below.

Signature: _____        Signature: Andre Ali
**City Prosecutor**                              **Defendant or Attorney for Defendant**

**THE DEFENDANT IS DEEMED TO HAVE WAIVED ATTORNEY IF HE APPEARS FOR TRIAL WITHOUT ONE.**
**THE TRIAL MAY PROCEED IN THE DEFENDANT'S ABSENCE IF HE FAILS TO APPEAR AT THE TIME SET BELOW.**

| [☑] Bench Trial   ☐ Jury Trial   [☐ Jury Waived] | Jury Trial Review is set for: | ☐ Defendant is present. |
|---|---|---|
| May 22, 2018 | | ☐ Defense counsel will return a trial acknowledgment |
| | | **Interpreter Needed for:** |
| Other order(s): | | ☐ Defendant _____ |
| 9:30 am a.1 | | ☐ Witness _____ |
| | | ☐ Victim _____ |

Date: 4/16/2018                         **MAGISTRATE:**
                COPY TO:              Court              Defendant              Prosecutor

UNDER DURESS All
Rights Reserved

*Due Trent Sleeping In CAR.* (handwritten)

# Northwest Medical Center

### 6200 North La Cholla Blvd Tucson, AZ 85741

### 520-742-9000

### Discharge Instructions (Patient)

---

**Name:** BUNCH, BREANNA N **Current Date:** 02/28/2018 07:44:18 America/Phoenix
**DOB:** 2/10/1994 **MRN:** 629219 **FIN:** NW4097332
**Reason For Visit:** Cough; Throat pain - Adult; SORE THROAT
**Visit Date:** 02/28/2018 07:05:00 America/Phoenix
**Address:** ~~2120 W SILVERBELL 10211 TUCSON AZ 85745~~ *1238 S San Jacinto* (handwritten)
**Phone:** ~~5........~~ *520 789-0347* (handwritten)
**Primary Care Provider:**
**Name:**
**Phone:**
**Emergency Department Providers:**
**Primary Physician:**
**BERNER, RUTH M**

Thank you for choosing Northwest Medical Center for your care. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and is not intended to be a substitute for complete medical care. You should contact your follow-up physician as it is important that he or she exam you for any new or remaining problems. If your problem worsens or new symptoms appear and you are unable to arrange prompt follow-up care, call or return to this emergency department.

**Comment:**
BUNCH, BREANNA N has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions:**



| MAILED TO: | | HAND CARRIED TO: |
|---|---|---|
| City of Tucson<br>City Clerk's Office<br>P.O. Box 27210<br>Tucson, AZ 85726-7210 | **OR** | City of Tucson<br>City Clerk's Office<br>255 West Alameda<br>9th Floor |

*If you have questions regarding this form or the claims process, please call the City of Tucson's Risk Management Office at (520) 791-4723. The City Clerk may not accept service of claims or lawsuits filed against individual employees or their spouses.*

**Claimant may wish to review applicable laws, such as the following:**
1. Arizona Revised Statutes § 12-821 (excerpt listed at bottom of the Notice of Claim form)
2. Arizona Rules of Civil Procedure [Volume 16, Rule 4.1 (b)]
3. Tucson City Charter [Chapter XXV, Section 12 (with the exception of the 60-day claim filing period which has been superseded by the period specified in Section 12-821.01, Arizona Revised Statutes)].

## FOR CITY CLERK USE ONLY

1. ☐ Notice of Claim  ☐ Lawsuit  ☐ Subpoena  Log # _____

   ☐ Claim/Lawsuit Involves a Juvenile  Date of Birth: _____

2. Received By -- Deputy City Clerk: *Rick Yuena*

3. Describe: _____

   _____

   Received on Behalf of: _____

   _____

   Authorization on File?
   (Department Director or Code Official): ☐ Yes  ☐ No

   Does this claim Involve a Minor?  ☐ Yes  ☐ No

   Attachments Included:  ☐ Yes  ☐ No

   Number of Pages: _____ (Include Notice of Claim Form and Information Sheet)

   Number of Photos: _____  BW ☐  Color ☐

   Photos Received In Risk Management By: _____  Date: _____

4. Method of Receiving Notice of Claim/Lawsuit:
   - ☐ Process Server  Name: _____
   - or
   - ☐ Messenger Server  Signature: _____
   - ☒ Personal Delivery  Name: *X Andre Ali*
   - Signature: *X Andre Ali*
   - ☐ Regular Mail
   - ☐ Certified Mail - Receipt # _____
   - ☐ Other (Specify): _____

5. Email Distribution of Notice Claim (Courtesy Copies)
   - ☐ Risk Manager  Date: _____  Received By: _____
   - ☐ City Attorney  Date: _____  Received By: _____
   - ☐ _____  Date: _____  Received By: _____
   - ☐ _____  Date: _____  Received By: _____

**Subpoenas Only:**
Check # _____  ☐ Cash  Amount $ _____  Payee: _____

Page 1

# NOTICE OF CLAIMS AGAINST THE CITY OF TUCSON

## The claim form must be filled out completely and:

| MAILED TO: | | HAND CARRIED TO: |
|---|---|---|
| City of Tucson<br>City Clerk's Office<br>P.O. Box 27210<br>Tucson, AZ 85726-7210 | OR | City of Tucson<br>City Clerk's Office<br>255 West Alameda<br>9th Floor |

*If you have questions regarding this form or the claims process, please call the City of Tucson's Risk Management Office at (520) 791-4728. The City Clerk may not accept service of claims or lawsuits filed against individual employees or their spouses.*

**Claimant may wish to review applicable laws, such as the following:**
1. Arizona Revised Statutes § 12-821 (excerpt listed at bottom of the Notice of Claim form)
2. Arizona Rules of Civil Procedure [Volume 16, Rule 4.1 (b)]
3. Tucson City Charter [Chapter XXV, Section 12 (with the exception of the 60-day claim filing period which has been superseded by the period specified in Section 12-821.01, Arizona Revised Statutes)].

---

### FOR CITY CLERK USE ONLY

1. ☐ Notice of Claim  ☐ Lawsuit  ☐ Subpoena   Log # _____

   ☐ Claim/Lawsuit Involves a Juvenile   Date of Birth: _____

   Date/Time Received

2. Received By – Deputy City Clerk: _____

3. Describe: _____

   _____

   Received on Behalf of: _____

   Authorization on File?

   (Department Director or Code Official):  ☐ Yes   ☐ No

   Does this claim Involve a Minor?   ☐ Yes   ☐ No

   Attachments Included:   ☐ Yes   ☐ No

   Number of Pages: _____  (Include Notice of Claim Form and Information Sheet)

   Number of Photos: _____   BW ☐   Color ☐

   Photos Received In Risk Management By: _____   Date: _____

4. Method of Receiving Notice of Claim/Lawsuit:

   ☐ Process Server   Name: _____

   or

   ☐ Messenger Server   Signature: _____

   ☐ Personal Delivery   Name: _____

   Signature: _____

   ☐ Regular Mail

   ☐ Certified Mail - Receipt # _____

   ☐ Other (Specify: _____

5. Email Distribution of Notice Claim (Courtesy Copies)

   ☐ Risk Manager   Date: _____   Received By: _____
   ☐ City Attorney   Date: _____   Received By: _____
   ☐ _____   Date: _____   Received By: _____
   ☐ _____   Date: _____   Received By: _____

**Subpoenas Only:**

   Check # _____   ☐ Cash  Amount $ _____   Payee: _____

**From:   PROTECTIVE ORDER DESK (WINDOW 11)**

**Date:** 6/19/2017

## Cover Sheet for Hearing Request

Case number: CV17-015833-OP            Assigned Judge: BACAL

### A hearing has been requested for the above mentioned case.

☐ Harassment - 10 day                                    A.R.S. § 12-1809(H)

☒ Order of Protection – 10 day                      A.R.S. § 13-3602(I)

☐ Order of Protection (exclusive use) – 5 day      A.R.S. § 13-3602(I)

### Hearing MUST be set on or before:

This case was transferred in from _____.

Please set a hearing on or as close to   JUNE 30, 2017 _____.

**Judge's Response:**

Hearing Date:  6 | 30 | 17 _____      Hearing Time:  9:15AM _____

Signature: _____

Above scheduled hearing to be held at:      **Pima County Consolidated Justice Court**
**240 North Stone Avenue, 2nd Floor**
**Tucson, AZ. 85701**

### CERTIFICATE OF TRANSMITTAL

**Plaintiff** notified by Telephone on  6-20-17  by  m mB   Mail:  6-20-17

**Defendant** notified by Telephone on  6-20-17  by  mmB   Mail:  6-20-17

JP508 Created 06-15-12/(Rev 07-10-13)

| Find | What are you looking for? | | Near | city, state or zip |
|---|---|---|---|---|

**This Business is Not BBB Accredited**

# Rillito Village Apartments

**Menu**

## Business Information

**(520) 293-1040**

3700 N First Ave
Tucson, AZ 85719

BBB File Opened: 11/14/1999
Business Started: 09/01/1998
Business Incorporated: 01/08/1999 in AZ

**Type of Entity**
Partnership

**Contact Information**
- Principal: Ms. Val Bracy, Manager

**Business Category**
- Apartments

**Alternate Business Names**
- Montford Management LP

**Number of Employees:** 7

**OUT OF BUSINESS**

According to information in BBB files, it appears that the company is no longer in business. The phone numbers BBB had for this company are disconnected, and directory assistance does not have a listing for this company, and/or BBB's mail to this company has been returned as undeliverable. If you have an unresolved dispute with this company you may wish to seek legal advice.

## BBB Reason for Ratings

BBB rating is based on 13 factors: Get the details about the factors considered. (https://www.bbb.org/council/overview-of-bbb-grade)

**BBB Reports On**

**Licensing**

Licensing information is provided in the BBB Business Profiles to inform the public about industries that may require professional licensing, bonding, or registration. Better Business Bureau encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Advertising Review**

BBB promotes truth in advertising by contacting advertisers whose claims conflict with the BBB Code of Advertising. These claims come to our attention from our internal review of advertising, consumer complaints and competitor challenges. BBB asks advertisers to substantiate their claims, change ads to make offers more clear to consumers, and remove misleading or deceptive statements.

**Government Actions**

BBB reports on known significant government actions involving the business's marketplace conduct.

**Out of Business**

BBB reports on a company that is out of business for one year from the date the company closes its doors or ceases to do business.

**Misuse of Better Business Bureau Name/Logo**

BBB reports on unauthorized use of the Better Business Bureau's name and/or logo for as long as the business continues to use it in any advertising, or for one year after the business ceases any repeated unauthorized uses.



**Bankruptcy**

BBB reports on a business's bankruptcy as long as the business remains in bankruptcy.

**Mail Returned**

BBB reports when mail sent to the business was returned by the Postal Service.

## BBB Rating Scorecard

### This Business is Not BBB Accredited

**Rillito Village Apartments**

# OUT OF BUSINESS

BBB Rating System Overview (https://www.bbb.org/council/overview-of-bbb-grade)

### Customer Review Rating:

The BBB Customer Review Rating represents the customer's opinion of the business. The Customer Review Rating percentages are based on the total number of positive, neutral, and negative reviews posted.

There are **NO** reviews for this business.
Be the first to leave a review!

[1] Total Customer Complaints (https://www.bbb.org/tucson/business-reviews/apartments/rillito-village-apartments-in-tucson-az-24488/reviews-and-complaints?section=complaints)

BBB Business Profiles may not be reproduced for sales or promotional purposes

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

### For Consumers

File a Complaint (/consumer-complaints/file-a-complaint/get-started)
BBB Scam Tracker (//www.bbb.org/scamtracker/us)
File an Auto Warranty Complaint (//www.bbb.org/autoline)

### For Businesses

Become Accredited (//whybbb.org)
BBB EU Privacy Shield (//www.bbb.org/EU-privacy-shield)

### About BBB

Our Mission (https://www.bbb.org/en/us/mission-and-vision)
Contact Your Local BBB (https://www.bbb.org/en/us/bbb-directory)
BBB Programs (//bbbprograms.org)
BBB Wise Giving Alliance (//give.org)
BBB Institute for Marketplace Trust (http://www.bbbmarketplacetrust.org)
Advertising Self-Regulatory Council (http://www.asrcreviews.org)
(https://www.bbb.org/en/us/partner-code-of-conduct)

(https://www.facebook.com/BetterBusinessBureau)
(https://twitter.com/bbb_us)
(https://www.linkedin.com/company/better-business-bureau)
(http://www.youtube.com/user/BBBconsumerTips)

667968     016164     16164   1'  0.375   0   0   0   0   0   t0044258

*Please detach and return this stub with your payment*

**RILLITO VILLAGE**

**YES Customer Service:**
844-216-3408

| | |
|---|---|
| **Resident ID:** | t0044258 |
| **Statement Date:** | 1/19/2018 |
| **Due Date:** | 02/01/2018 |
| **Amount Due:** | $478.42 |
| **Amount Enclosed:** | $ _____ |

9910 Federal Dr Ste 100
Colorado Springs, CO 80921-3616

**YES ENERGY**
MANAGEMENT

16164 1 AV 0.375 T 55 72393
Breanna Bunch
3700 N 1ST AVE APT 1047
00-YESELTIE-1   TUCSON AZ 85719-1650

Rillito Village
3700 N 1ST AVE
TUCSON AZ 85719-1648

*Know Slum Lords*

*SEE BBB Report*

   

**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
*Northwest Amexem / Northwest Africa / North America*
'**The North Gate**'
Societas Republicae Ea Al Maurikanos
Aboriginal and Indigenous Natural Peoples of the Land
The true and de jure Al Moroccans / Americans

## Actual and Constructive Notice
### Order of Protection
### International Document
Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent

**To all** PUBLIC SERVANTS-TRUSTEES, ACTORS, AGENTS, OFFICERS, MILITARY PERSONNEL I.E. POLICE (OFFICERS), STATE TROOPERS, MARSHALLS, JUDGES, MAGISTRATES, PROSECUTORS, OFFICERS OF THE COURTS-ATTORNEYS, CLERKS, ET EAL...

**You Are Hereby Ordered** to cease and desist any and all unlawful actions perpetrated against any declared Aboriginal Indigenous Moor of Maghrib' al' Aqca as said persons are under the political jurisdiction of Moorish American National. Said violating Person(s) shall be named in a suit in the International World Court as a party in violation of the Original 13th Article of The Bill of Rights Section 12 and pursuant to the provisions of said Article, "**upon pain of death and the forfeiture of all the Rights and property of persons engaged therein**". In addition to other charges inclusive of Treason, Kidnapping, Human Trafficking Misappropriation, Malfesance, Misfesance, Torture, Genocide, Violation of United States Republic Constitution (1791) and Treaty of Peace and Friendship (1786-87 & 1836), etc.

Day 25, September, 1432 M.C. (2012 C.C.Y.)
['"]Anaid [El] Consul
I Am:
All Rights Reserved:
Secured Party, Creditor, Bailor, Beneficiary, Ex-relatione ['"]Diana Daweseli['"]
U.C.C. 1-207/1-308; U.C.C. 1-103
Quinnehtcuqut Territory
[c/o 141 Weston Street HARTFORD CONNECTICUT [Zip Exempt]]
Northwest Amexem

Maghrib' al' [...]
Northwest Amex[...]

Duly Subscribed and Affir[...] this ___ day of ___ One Thousand Four Hundred Thirty-Two M.C. [2012 C.C.Y.] before me, the undersigned, a Wazi [Notary Public] for the Moorish National Republic Federal Government, appeared Anaid El De Jure, by special visitation, known to me upon the basis of satisfactory National Standing to be the one whose appellation [Name] and Autograph/Seal/Mark is subscribed hereto, and voluntarily executed the same without threat or force of arms. Witness my hand and official Seal:

N _____
Wazi [Notary Public]
_____
Printed Appellation [Name]

their personal properties under threat duress and coercion, and to force them into unlawful, untenable contracts/enjoining adhesion contracts etc., and to steal their personal properties.

7. Please provide the documented and verifiable proof of the delegated authority/power of attorney whereas the General Assembly/GENERAL ASSEMBLY was authorized or sanction to abolish the lawfully assigned Office of the Sheriff, the protector of the People, and to replace that office with Military Police/Troops/Highwayman using titles such as POLICE OFFICER, CHIEF OF POLICE, MARSHALL, STATE TROOPER, who are not elected officials nor authorized per the United States Republic Constitution nor by the Connecticut State Republic Constitution, and with the foresaid persons' sole function being to murder, to kidnap, to ransom, to steal the property of the People, to engage, assist, and to profit from human trafficking and slavery. Black's Law 4th Edition Highwayman – A bandit; one who robs travelers upon the highway.

8. Please provide the documented and verifiable proof of the Delegated Authority/power of attorney where the General Assembly/GENERAL ASSEMBLY can establish various DEPARTMENTS, AGENCIES, i.e. POLICE, MARSHALL, STATE TROOPER, CHIEF OF POLICE, DEPARTMENT OF MOTOR VEHICLE, GENERAL ASSEMBLY, BOARD OF EDUCATION, DEPARTMENT OF CHILD AND WELFARE, DEPARTMENT OF CHILD SUPPORT ENFORCEMENT to name a few. These entities were created that enslave the People while at the same time collecting a "feudal fee" and/or arbitrary salary from the People they have enslaved?

9. Please provide the documented and verifiable proof of the Delegated Authority/power of attorney where the General Assembly/GENERAL ASSEMBLY can kidnap the child(ren) of the natural People of the land, and remove them from their families and communities and transfer them to a co-conspirator who received portions of the "feudal fee"/ransom for their colluding participation in the kidnapping, and to assist foreign violators in holding the child(ren) hostage?

10. Please provide the documented and verifiable proof of the delegated authority/power of attorney where the General Assembly/GENERAL ASSEMBLY can lawfully create policies to regulate the natural People, their actions, cripple their liberties, and confiscate and regulate their properties and impose "fees" of their private hereditaments?

11. Enclosed is Exhibit B of United States Supreme Court Stare Decisis. Please provide documented and verifiable proof of the delegated authority/power of attorney where the General Assembly/GENERAL ASSEMBLY can override Supreme Court State Decisis and compel the People to engage in the Commercial Motor Vehicle Process.

Please note as public servants-trustees, you have an obligation to speak. For all those who chose not to speak and remain silent when they have an obligation to speak you become a co-conspirator and the provisions of the Original 13th Article of the Bill of Rights Section 12 applies.

Until the answers to the above have been lawfully provided, along with all relevant wet ink signature(s) whereby Delegated Authority/Power of Attorney with initial dates and expiration dates, was delegated to the STATE OF CONNECTICUT and to the GENERAL ASSEMBLY, a European Colony, whereby they have claimed to have jurisdiction or authority to institute policies/regulations under the guise of law, and to impose them upon any declared Moor of Maghrib' al' Aqca (Al Moroc/America – North America) the natural people of the land, this is 'Lawful Notice' that all PUBLIC SERVANTS-TRUSTEES, ACTORS, AGENTS, OFFICERS, MILITARY PERSONNEL I.E. POLICE (OFFICERS), STATE TROOPERS, MARSHALLS, JUDGES, MAGISTRATES, PROSECUTORS, OFFICERS OF THE COURT-ATTORNEYS, CLERKS, ET AL, must cease and desist any and all actions against the Moors, artificially branded as NEGRO, COLORED, BLACK, AFRICAN AMERICAN, ETHIOPIAN, JAMACIAN, PUERTO RICAN, ETC. or said violating persons shall be named as a party in violation of the Original 13th Article of Bill of Rights Section 12, and pursuant to the provisions of said Article, "upon pain of death and the forfeiture of all the rights and property of persons engaged therein".

This Affidavit must be accepted as Truth, unless a counter Affidavit, signed under the penalty of perjury, is presented and documented for the record is dispute, within 7 days.

I, Anaid :El, member of Consul, declare under the Zodiac Constitution and the United States Republic Constitution (1791) and the Treaty of Peace and Friendship (1786/87 & 1836) that the above is true and correct to the best of my knowledge and honorable intent.

Day 25, September, 1432 M.C. (2012 C.C.Y.)
™Anaid :El De Jure, Authorized Representativ
I Am
All Rights Reserved
Secured Party, Creditor, Bailor, Beneficiary, Ex-relatione ™™Name
Damned ® U.C.C. 1-207/1-308; U.C.C. 1-103
Quinnehtukqut Territory
[c/o 14] Weston Street HARTFORD CONNECTICUT [Zip Exempt]]
Northwest American

Maghrib' al' Aqca
Northwest American

Duly Subscribed and Affirmed on this 25 day of September One Thousand Four Hundred Thirty-Two M.C. [2012 C.C.Y.] before me, the undersigned, a Wazi [Notary Public] for the Moorish National Republic Federal Government, appeared Anaid El De Jure, by special visitation, known to me upon the basis of satisfactory National Standing to be the one whose appellation [Name] and Autograph/Seal/Mark is subscribed hereto, and voluntarily executed the same without threat or force of arms.
Witness my hand and official Seal:
/s/
* Wazi [Notary Public]
Printed Appellation [Name]

**Koglmeier Law Group, P.L.C.**
715 North Gilbert Rd., Suite 2
Mesa, AZ 85203
Office 480.962.5353, Fax 480.615.3990

**Matthew D. Koglmeier, State Bar #007200**
Attorney for the Plaintiff

**Pima County Consolidated Justice Court**
*In And For The County Of Pima, State Of Arizona*
240 N. Stone Ave Tucson, AZ 85701
520-724-3171

**CV 18 006107**

_____    **CV 18**
Trial Date and Time

**IMMEDIATE Complaint Eviction Action**

*Refer To Case Number On Summons*

| Plaintiff(s) | Defendant(s) |
|---|---|
| SCOTIA GROUP MANAGEMENT LLC, dba, CITY HEIGHTS APARTMENT HOMES 3700 N. 1ST AVE. TUCSON, AZ 85719 520-293-1040 | BREANNA BUNCH & ANDRE HIGH and any/all occupants 3700 N. 1ST AVE. #1047 TUCSON, AZ 85719 |

## YOUR LANDLORD IS SUING TO HAVE YOU EVICTED; PLEASE READ CAREFULLY

1. I am the Attorney For The Plaintiff in this action, and this Court has jurisdiction over this action.

2. The Plaintiff is lawfully entitled to immediate possession of the following residential property of which the Defendant wrongfully withholds.

**3700 N. 1ST AVE. #1047** (NoTE City of Tucson
**TUCSON, AZ 85719**   135 Rule Perjury + fraud

3. The premises are located within the judicial precinct of this Court; or, there is authority for filing of this action outside the precinct where the premises are located.

4. The Defendant(s) is being evicted for non-payment of rent, material & irreparable breach.

5. On February 23, 2018 a proper notice was served by hand delivery and the Defendant(s) failed to comply. A copy of the notice is attached hereto and incorporated by reference.

6. Rent due on the 1st day of each month is $0.00 and is unpaid since February 01, 2018 The following totals are due:

**These Amounts Are As Of February 27, 2018; Costs and fees will continue to accrue until paid in full.**

*A late fee of $0.00 is due on February 02, 2018, and then $0.00 each day thereafter until paid*

| | | | |
|---|---|---|---|
| Rent Due: | $0.00 | Attorney's Fee: | $135.00 |
| Previous Balance: | $0.00 | Process Server's Fee: | $45.00 |
| Total Late Fees: | $0.00 | Other Fees or Charges: | $0.00 |
| Tenant Notice Fee: | $25.00 | Utilities/Water/Sewer: | $0.00 |
| Court Filing Fee: | $63.00 | Rent Concession: | $633.50 CREDIT GIVEN 4/17 |
| | | **Total Amount:** | **$901.50** |

7. In the absence of a rental agreement, tenant shall pay as rent, fair rental value for use and occupancy of dwelling unit.

8. On or about 2/20/18 Andre was asked several times to leave the leasing office after raising his voice to staff members and guests. Andre was wearing a holstered firearm during this time and continued to display it to the staff in a way that was threatening & intimidating. After refusing to leave the office, the Tucson Police were called and Andre was arrested and trespassed from the property.

*If this complaint does not include violations other than non-payment of rent, then the Defendant(s) may reinstate the rental agreement and cause this eviction action to be dismissed, if prior to entry of the judgment, the Defendant(s) pay all rent due, late fees pursuant to the lease, court costs and attorney fees as of the date payment is made.*

*THEREFORE, Plaintiff prays for judgment against Defendant(s) for the rent due as of the day of judgment, court costs, late fees, rent concessions, attorney fees, damages to the property, if known, other costs associated with this suit, immediate possession of the property, and that a Writ of Restitution be issued in this matter. The Undersigned attorney does hereby verify that this attorney believes the assertions in this complaint to be true on the basis of a reasonable diligent inquiry and was executed on this date:* <u>February 27, 2018</u>

**FD20180227-12**

_____
Matthew D. Koglmeier; Attorney For The Plaintiff

COPY

MICHAEL G. RANKIN, City Attorney
ALAN L. MERRITT, Criminal Deputy City Attorney
JENNIFER BONHAM, Assistant Prosecuting City Attorney
Criminal Division, P.O. Box 27210
Tucson, Arizona 85726-7210
AZ State Bar No. 032332
Firm No. 197900
Email: Jennifer.Bonham@tucsonaz.gov
(520) 791- 4104

## IN THE CITY COURT FOR THE CITY OF TUCSON

## COUNTY OF PIMA, STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | NO. 21421607 |
| Plaintiff, | DOCKET NO. CM18009362 |
| vs. | **MOTION TO EXTEND TIME** |
| ANDRE ALI, | |
| Defendant. | Judge Berning  *C O - Conspirator* |

THE STATE OF ARIZONA, by and through the undersigned Assistant Prosecuting City Attorney, respectfully requests an extension of time to file its response to Defendant's Motion to Dismiss with Prejudice in the above-captioned matter. The State requests additional time due to current under-staffing and high workload volume. The State's response is currently due March 12th, 2018. The State respectfully requests it be granted an extension until April 2nd, 2018, to file its response. This Motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 6th of March, 2018

STATE OF ARIZONA

By _____
Jennifer Bonham
Attorney for the State

03-06 '18 PM04:28

MICHAEL G. RANKIN, City Attorney
ALAN L. MERRITT, Criminal Deputy City Attorney
JESSIE M. PRINGLE, Senior Assistant Prosecuting City Attorney
Criminal Division, P.O. Box 27210
Tucson, Arizona  85726-7210
AZ State Bar No. 011048
Firm No. 197900
Email: Jessie.Pringle@tucsonaz.gov
(520) 791- 4104

IN THE CITY COURT FOR THE CITY OF TUCSON

COUNTY OF PIMA, STATE OF ARIZONA

| STATE OF ARIZONA, | NO. 21421607 |
|---|---|
| Plaintiff, | DOCKET NO. CM18009362 |
| vs. | |
| ANDRE ALI, | **RESPONSE TO PRO SE/PRO PER MOTION** |
| Defendant. | Judge Berning |

THE STATE OF ARIZONA, by and through the undersigned Senior Assistant Prosecuting City Attorney, responds to Defendant's Pro Se/Pro Per Motion in the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**STATEMENT OF FACTS**

*(The following facts are adduced from the police report(s) prepared in connection with this case.  Further facts may be adduced at a hearing on this matter).*

On February 21, 2018 Officer Stover (34970) responded to the City Heights Apartments at 3700 North 1st Avenue reference a check welfare call.  There the officer met with Defendant Andre Ali (A.K.A. Andre High and Maurice Brooks) who complained that someone had broken into his apartment and the door was unstable.  Defendant said he had spoken to the manager.  Officer Stover then contacted the manager, Nathan Weigel who related that Defendant had come to the office and had created a disruption by yelling repeatedly. He was asked to leave several times and would not leave and continued to cause a disturbance including playing a video of a speech.  Several other people were present, including the leasing agent, who all reported Defendant's actions were loud and disruptive and prevented them from conducting their normal business activities.  Officer Stover then re-contacted Defendant and tried to explain the issue. Defendant then showed him the door which did not show any damage which would cause it to be unsafe and when the officer tried to give him some safety tips, Defendant laughed.

Defendant was then arrested for disorderly conduct under A.R.S. § 13-2904(A) (2).  Thereafter, Defendant went to the police department to complain about his arrest. He was advised by Officer Schaner (47245) not to discuss the details of his arrest because the case was still pending in court.  While there Defendant mentioned he had filed a previous complaint.  When the officer looked this up she found it under the name of Andre "High".   She then conducted a record's check and discovered consistent

personal information for the names; "Maurice Brooks", "Andre High" and "Andre Ali".

Defendant asserted his wish that he be known as Andre Ali and stated this is his "legal"

name as of 2017.

Defendant has now filed a pro se motion which is before the court.  This motion

includes numerous and confusing statements.  The State responds as follows:

**ARGUMENT**

I.   **DEFENDANT'S MOTION IS NOT ADEQUATE UNDER THE LAW AND DOES NOT GIVE THE STATE ENOUGH INFORMATION IN ORDER TO RESPOND PROPERLY**

Legal motions before the Court are required to be in a certain form. Pursuant to

the Rules of Criminal Procedure, Rule 1.9 "A motion must include a memorandum that

states facts, arguments and authorities pertinent to the motion".  It is clear from a brief

perusal that Defendant's motion does not pass legal muster.  Given that Defendant is

pro se it is understood a certain latitude is granted.  However, when a motion is as

unclear as to its arguments, it is difficult for the State to respond.  In addition, many of

his statements appear to be factual arguments better suited to being hashed out in trial

and not in a pre-trial motion or hearing.  However, the State does respond as follows

and reserves the right to supplement its response if the Court so desires.

II.  **AMENDING THE CHARGE TO CHANGE DEFENDANT'S NAME IS PERMISSIBLE AND DOES NOT PREJUDICE DEFENDANT**

Defendant seems to say that the State has not charged him under the correct

name.  Sergeant Schaner reports that Defendant has gone by a few names in the past.

3

She did an extensive search and comparison of Defendant's details and discovered that he has been known as "Maurice Brooks", "Andre High" and "Andre Ali". At the moment, he seems to want to be known under the name Andre Ali and asserts it is his "legal" name[1]. Rule 13.4 of the Arizona Rules of Criminal Procedure allows for amendments to the charging document; "...a charge may be amended only to correct mistakes of fact or remedy formal or technical defects.  The charging document is deemed amended to conform to the evidence admitted during any court proceeding..." Ariz R. Crim Pro. 13.5(b).  These types of amendments are allowed as long as "... it does not change the nature of the offense charged or prejudice the defendant in any way..." *State v. Bruce*, 125 Ariz. 421, 423, 610 P.2d 55, 57 (1980), *State v. Jones*, 188 Ariz. 534, 544, 937 P.2d 1182, 1192 (App. 1996 ...) (Abrogated on other grounds).  The courts have therefore allowed an indictment to be amended to change the date of the offense *State v. Self*, 135 Ariz. 374, 380, 661 P.2d 224, 230 (App.1983).  And a very old case,  which appears to still be good law, allowed a conviction to stand when the information and "charging part" referred to "said defendants" instead of a particular defendant who was convicted (*Marshall v. State*, 19 Ariz. 44, 165 P. 313 (1917).

In this instance, the State expects at hearing or trial Sergeant Schaner would be able to tie Defendant to all the names she found that Defendant has in his records. In addition, as Defendant himself is the one who has promulgated his different names,

---

[1] Sergeant Schaner was unable to establish that the defendant legally changed his name.

4

there is no prejudice to him to proceed against the name charged, or whichever name he chooses to be known as, as long as a witness can identify him as the person responsible for the alleged actions. In addition the amendment of his name does not change the nature of the offense and Defendant is still on notice of the charge against him. Therefore the State asserts amending Defendant's name to reflect his alternate appellations does not fatally flaw the present charge against him.

### III.    CITY COURT HAS JURISDICTION OVER THE CASE

The jurisdiction of the Tucson City Court over the present case is well established. The Arizona Constitution provides that "[t]he judicial power shall be vested in an integrated judicial department consisting of a supreme court, such intermediate appellate courts as may be provided by law, a superior court, such courts inferior to the superior court as may be provided by law, and of courts inferior to the superior court and of justice courts, and the terms of office of judges of such courts and justices of the peace shall be as provided by law." Ariz. Const. art. 6, § 32(B). In particular, Title 22, Chapter 4 of the Arizona Revised Statutes, A.R.S. §§ 22-401 *et seq.*, details the power, authority, and jurisdiction of municipal courts such as the Tucson City Court.

A.R.S. § 22-402 provides:

> A.  In each city or town incorporated under the general laws of this state, there shall be a municipal court.
>
> B.  Every court established pursuant to subsection A, and every court established in a city incorporated under the provisions of title 9, chapter 2, article 5 or incorporated under the provisions

5

of a special act or charter, has jurisdiction of all cases arising under the ordinances of the city or town, *and has jurisdiction concurrently with justices of the peace of precincts in which the city or town is located, of violations of laws of the State committed within the limits of the city or town.*

A.R.S. § 22-402 (*emphasis added*).

In addition, T.C. § 8-1(c) provides: "The city court shall further have concurrent jurisdiction with justices of the peace over all violations of the laws of the state committed within the limits of the city." *Id*. Therefore, the Defendant is subject to this Court's jurisdiction.

## IV.   TUCSON CITY COURT PROPERLY POSSESSES PERSONAL JURISDICTION OVER DEFENDANT TO ADJUDICATE THE CHARGES AGAINST HIM.

Personal service upon a defendant physically present within a state's borders confers jurisdiction upon state courts to enter judgment against such defendants. *Burnham v. Superior Court of California, Cnty. of Marin*, 495 U.S. 604, 610-11, 110 S. Ct. 2105, 2110-11 (1990). "We do not know of a single state or federal statute, or a single judicial decision resting upon state law that has abandoned in-state service as a basis of jurisdiction." *Id*. at 615, 110 S. Ct. at 2113. Jurisdiction "based on physical presence alone constitutes due process because it is one of the continuing traditions of our legal system that define the due process standard of 'traditional notions of fair play and substantial justice.'" *Id*. at 619, 110 S. Ct. at 2115.

In addition, service upon an individual from whom a waiver has not been obtained . . . shall be effected by delivering a copy of the summons and of the pleading

6

to that individual personally.  16 A.R.S. Rules of Civil Procedure, Rule 4.1(d).  *See Kline v. Kline*, 221 Ariz. 564, 570, 212 P.3d 902, 908 (App. 2009).  Traffic and criminal complaints may be served by delivering a copy of the uniform traffic ticket and complaint to the person charged with the violation or by any means authorized by the rules of civil procedure.  A.R.S. § 28-1593(A); *Tonner v. Paradise Valley Magistrate's Court*, 171 Ariz. 449, 451, 831 P.2d 448, 450 (App. 1992).

In the present case, the incident occurred within the city limits. Upon completion of the investigation, the officer personally delivered a copy of the citation to Defendant. Traditionally, a court has general personal jurisdiction of a defendant if the defendant either is present in the State, has consented to such jurisdiction, or the defendant has sufficient minimum contacts with the forum state such that the maintenance of the suit does not offend traditional notions of fair play and substantial justice.  *Bohreer v. Erie Ins. Exch.*, 216 Ariz. 208, 213, 165 P.3d 186, 191 (App. 2007) (*citing to Burnham v. Super. Ct.*, 495 U.S. 604, 617-18, 110 S.Ct. 2105(1990) (noting different bases for personal jurisdiction)).  Because Defendant was personally served while physically present within city and state limits, Tucson City Court has personal jurisdiction over Defendant. Therefore, Tucson City Court may properly adjudicate the charges against Defendant.

Furthermore, personal jurisdiction is waived where a party makes a general appearance. A general appearance is made when a party takes any action, other than objecting to personal jurisdiction, which recognizes the case is pending in court. *Kline v.*

*Kline,* 221 Ariz. 564, 569-570, 212 P.3d 902, 907-908 (App. 2009) (*citing to Burton,* 205 Ariz. at 29,  8, 66 P.3d at 72; *Tarr v. Superior Court in and For Pima County,* 142 Ariz. 349, 351, 690 P.2d 68, 70 (1984); *Austin v. State ex rel. Herman,* 10 Ariz.App. 474, 477, 459 P.2d 753, 756 (App. 1969); and *Skates v. Stockton,* 140 Ariz. 505, 507, 683 P.2d 304, 306 (App. 1984) (finding that the defendant's informal letter requesting a stay was a general appearance because it requested affirmative relief)).

In this case Defendant has appeared at several Court hearings to include his arraignment and his first pre-trial hearing.  In addition he has filed the instant motion. Therefore he has recognized the jurisdiction of the Court.

In conclusion, the Sate respectfully requests that this court deny Defendant's motion.

RESPECTFULLY SUBMITTED this 13th of March, 2018

STATE OF ARIZONA

By _____

Jessie M. Pringle
Attorney for the State

Copy mailed, e-mailed and/or delivered this
13th of March, 2018, to:

Andre Ali
3700 N 1st Avenue, #1147
Tucson, Arizona 85705

8

*Sgt STACIE*

*Schanen*

*BRAdy*

*Violation*

*False Information*

*Prejudice*

**Tucson Police Department**
**Office of Professional Standards**
**270 S Stone Avenue**
**Tucson, AZ 85701-1917**
**Office: (520) 791-4426**
**Desk: (520) 837-7705**
**stacie.bolle@tucsonaz.gov**

### Citizen's Complaint Receipt

*NEgligence*

Your complaint has been received by the Office of Professional Standards for processing. It will be assigned to an investigator and reviewed by the appropriate commander(s). You will receive a phone call and/or letter notifying you of the final disposition of your complaint. If the investigation takes in excess of 60 days, a Professional Standards sergeant will notify you of the delay by phone or in person.

We appreciate the opportunity to examine the service we provide to you and other members of our community. Should you have further information concerning the investigation, or if you have concerns or questions about the complaint process, you may telephone the sergeant listed below. Office hours are Monday through Friday, 7:00 a.m. through 5:00 p.m. Your complaint is filed by a Professional Standards report number, which is also listed below.

You have the additional option of addressing concerns or questions about your complaint to the Independent Police Auditor at (520) 837-4003 or by visiting www.tucsonaz.gov/ia.html.

**Professional Standards Case Number: 17-0378**
**Date Complaint Taken: 7/17/17**
**Assigned to: Sgt. Stacie Bolle #47245**

__x__ If this is checked, your complaint has been **temporarily** closed until after your court appearance. Once you have appeared in court, and the case is fully adjudicated, **please contact our office immediately** (at the above office number) in order to re-open the complaint.

---

**False Information Warning**
You have the right to file a complaint, however, in accordance with Arizona Law, in all instances where a knowing and intentional false report is made to the agency; it is the policy of the Tucson Police Department to pursue criminal prosecution. In addition to any criminal penalties provided, the police officer involved may file a civil lawsuit for damages attributed to such false report.

---

*2/21/2018*

TO:     Breanna Bunch, Andre High and any / all other occupants
        3700 North 1ˢᵗ Avenue #1047
        Tucson, AZ 85719

FROM: City Heights Apartments, LLC
        3700 North 1ˢᵗ Avenue
        Tucson, AZ 85719

DATE: 02/22/2018

*FALSE STATEMENT*
*STOVER SAYS Different*

---

## NOTICE OF IMMEDIATE TERMINATION

---

Please be advised that as a result of your breach that was both material and irreparable your tenancy at the above-referenced property has been terminated pursuant to A.R.S. Section 33-1368(A) described as follows:

On February 20, 2018, the Tucson Police Department cited you, on-property for disorderly conduct. This was a result of an incident the took place in our leasing office. Andre was asked several times to leave the office after raising his voice to staff members and guests within the leasing office. Andre was wearing a holstered firearm on his side during this time and continued to display it to the staff in a way that was threatening. Management requested that Tucson Police trespass Andre from the building in which the office was located. The Officer on-site confirmed that he made Andre aware of this trespass and that if he wished to speak with Management, he would need to contact them by phone or e-mail.

On February 21, 2018 Andre returned to the office, asking when his door would be fixed. Andre was made aware that he was trespassing and needed to leave the office. He stated that he was not aware that he was trespassed from the office. Andre continued yelling within the office and Tucson Police was again, contacted for the disturbance. Andre exited the office shortly thereafter shouting and yelling.

Again, on February 21, 2018, Andre re-entered the office stating he was not safe in his apartment and wanted to know when his door was going to be fixed. I again, instructed him to leave the office several times. He then exited the office and Tucson Police was called again.

We demand that you immediately vacate the subject property. If you fail to vacate a special/forcible detainer proceeding may proceed against you. You will be responsible for the remainder of the lease until the end of the lease or until the premises are re-rented, whichever comes first. Pursuant to this immediate termination notice, your rights to possession are terminated, but your obligations shall continue as you have breached your obligations under the lease and/or the Arizona Residential Landlord and Tenant Act.

By: Nathan Weigel
Title: Agent on Behalf of Property Owner
Scotia Group Management, LLC

☐ Hand delivered
☐ Certified mail
on the 22ⁿᵈ day of February, 2018 to: _____  2/23/18

By: _____
Title: _____                                   6:52 pm



**SUPER 8 TUCSON**
1550 WEST GRANT ROAD
TUCSON, AZ 85745 US
Phone: (520) 620-6500
Fax: (520) 903-0225
Email: super814590@yahoo.com
Printed: 2/22/2018 10:31:22 AM

# Folio (Detailed)

| Name: | BUNCH, BREANNA | Confirmation Number: | 41249920 |
|---|---|---|---|
| | | Account Number: | 528-670145 |

| Room: | 218 | Room Type: | NQ1, 1Q/NS/M/F/CMKR/ | Nights: | 1 | Guests: 1/0 |
|---|---|---|---|---|---|---|
| Rate Plan: | RACK | Daily Rate: | HRDYR/IRN&B | GTD: | MC - MASTERCARD | |
| Arrival: | 2/21/2018 (Wed) | Departure: | $67.00 + $12.07 Tax | | XXXX XXXX XXXX 4392 | |
| | | | 2/22/2018 (Thu) | | | |

Room Rate:

2/21/2018 (Wed) - 2/21/2018 (Wed)         $67.00 + $12.07 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 2/21/2018 | RM | ROOM CHARGE | $67.00 | $67.00 |
| 2/21/2018 | TAX1 | COMBINED TAX | $8.07 | $75.07 |
| 2/21/2018 | TAX3 | BED TAX | $4.00 | $79.07 |
| 2/22/2018 | MC | MASTERCARD (4392) | ($79.07) | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $67.00 | $12.07 | $0.00 | $0.00 | ($79.07) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk, visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

Guest Signature:

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. "We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/ Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy. "

# Residential Eviction Information Sheet

### (PUBLICATION AND DISTRIBUTION REQUIRED BY THE ARIZONA SUPREME COURT)

**Notice.** A landlord must provide a tenant with written notice saying why the eviction process has started. The tenant should have received this notice before this lawsuit was filed or with the summons.

**Before Court.** Eviction cases move through the court system very quickly. If the tenant disagrees with the landlord's allegations, the tenant is encouraged to file a written answer. The answer form available from the justice court allows the tenant to admit or deny the allegations and explain his or her position. If the tenant cannot afford to pay the answer fee, he or she may apply for a waiver or deferral of that fee. If a tenant believes that the landlord owes him or her money, the tenant may under some circumstances file a counterclaim. The summons states that a trial will occur on the date listed, but due to the high volume of cases, a trial may not occur then. If the tenant fails to appear, and the landlord or his attorney is present, a judgment will probably be entered against the tenant. Tenants can represent themselves or arrange for lawyers to represent them. The court will not provide a lawyer.

**Rent cases.** If this lawsuit has been filed for not paying rent, the tenant can stop it and continue living in the residence by paying all rent now due, late fees, attorney's fees and court costs. After a judgment has been granted, reinstatement of the lease is solely in the landlord's discretion. Inability to pay rent is not a legal defense and the judge cannot give more time to pay, even if the tenant is having financial problems.

**At Court.** At the time and date listed on the summons, the judge will start calling cases. If both parties are present, the judge will ask the tenant whether the complaint is true. If the tenant says "no", he or she will need to briefly tell the judge why. If the reason is a legal defense, the judge will need to hear testimony from both sides and make a decision after a trial. After talking to the landlord or its attorney, a tenant may wish to agree to what the landlord is requesting by signing a "stipulation". A stipulation is an agreement under which the parties resolve the dispute on the basis of what the agreement says. Only matters contained in the written agreement can be enforced. These agreements should be clear and understandable by both parties. Most stipulations include judgments against tenants.

**Continuances.** Either party may ask that the court date be delayed. The court will agree only if there is a very good reason. A delay will be no more than three business days. There is no assurance a delay will be granted and parties should come to court prepared for trial and bring necessary witnesses and documents.

**After a Judgment.** If a landlord receives a judgment, it may apply for a writ of restitution to remove the tenant(s) and all occupants. Writs of Restitution are served by constables, who will direct the residents to leave. A tenant may avoid the difficulties associated with a writ of restitution by vacating the property and returning the keys to the landlord. This ends the tenantsi possession of the residence. A tenant will have five (5) days to vacate the premises unless the court has found a material and irreparable breach of the lease by the tenant, in which case the tenant has only twelve (12) to twenty-four (24) hours to vacate. A judgment will probably appear on a tenant's credit report for several years. Parties wishing to appeal from a judgment have five days to do so after the judgment is entered and can obtain forms and information from the court filing counter. If a tenant wants to remain in the rental home during the appeal, the tenant must also pay an appropriate bond and continue to pay rent into court as it becomes due. If the tenant prevails the court will dismiss the case. Absent an appeal, the tenant will need to obtain the landlord's approval and enter a new lease to continue living in the residence.

**Sources of Additional Information.** You can get copies of the Arizona Residential Landlord Tenant Act, the Arizona Mobile Home Parks Residential Landlord and Tenant Act and the Long Term Recreational Vehicle Rental Space Act from a library or from the Secretary of State's office or web page: www.azsos.gov. In Maricopa County if you wish to consult an attorney, you may want to contact the Arizona State Bar Attorney Referrals Line at (602) 257-4434 or Community Legal Services at (602) 258-3434. Contact the court in other counties for similar referrals. You can obtain a summary of the obligations of landlords and tenants on the web page for justice courts in Maricopa County: www.superiorcourt.maricopa.gov/justicecourts/info.

# TUCSON CITY COURT

103 E. Alameda Street • P.O. Box 27210 • Tucson, AZ 85726-7210 • Phone: (520) 791-4216

| State of Arizona, Plaintiff | Dockett No. | Citation No. | **ACKNOWLEDGMENT OF COURT DATE** |
|---|---|---|---|
| vs. _Andre Ali_ Defendant | CM 18009362 | | |

| | |
|---|---|
| I hereby acknowledge the [X] TRIAL [X] Bench [ ] Jury [ ] CIVIL HEARING [ ] MITIGATION COURT [ ] _____ date of _May 22, 2018_ at _9:30_ (a.m./p.m.) | Por la presente tomo conocimiento de que [ ] JUICIO-ante [ ] Juez [ ] Jurado [ ] AUDIENCIA CIVIL [ ] CORTE DE MITIGACION [ ] _____ ha sido fechado para el _____ a las _____ a.m./p.m. |
| I understand that if I have a criminal charge and that if I fail to appear on the date and time shown, a warrant may be issued for my arrest and the trial could be held without me. | Comprendo que tengo un cargo penal y que si no me presento en la fecha y hora indicada, se podría emitir una orden para mi arresto, y el juicio podría llevarse a cabo en mi ausencia. |
| I understand that if I have a civil traffic citation and if I fail to appear at the date and time shown, a default judgment may be entered, the Department of Motor Vehicles may suspend my license and I will be liable for the full monetary sanction and all late fees and penalties. | Comprendo que tengo una infracción de tráfico de tipo civil y que si no me presento en la fecha y hora indicada, puede haber un fallo en contra mía por incomparecencia, el Departamento de vehículos motorizados puede suspender mi licencia y seré responsable por toda la multa más los costos y recargos. |
| I understand that any default judgment against me for civil traffic citations will remain in effect if I fail to appear at my mitigation court date. | Comprendo que los fallos por incomparecencia que haya contra mí por infracciones de tráfico civil permanecerán en efecto si no me presento a la corte de mitigación en la fecha indicada. |
| _____ is provided with notice of the court date. All subpoenas previously issued remain in effect. | Se proporciona aviso de la fecha de la corte a _____. Todos los citatorios emitidos previamente permanecen en efecto. |

| | |
|---|---|
| Dated _Andre Ali_ _DE FACTO_ Defendant's Signature Address City State Zip Code Telephone | Fecha _Juarisdiction_ Firma del acusado Domicilio Ciudad Estado Zona Postal Telephono |

[ ] White - Court  [ ] Canary - Defendant  [ ] Pink - Prosecutor  [ ] Goldenrod - Attorney/Other_____

Initials & Date
CC Form #3 (7/05)

All Rights Reserved UNDER Duress

**TUCSON CITY COURT** — *FEDERAL CASE*
TUCSON, ARIZONA 85726-7210   PHONE: (520) 791-4216

103 E. ALAMEDA ST.   P.O. BOX 27210

| State of Arizona, Plaintiff vs. | Docket # *14* | Citation # *21421607 False Claims* | *Not* |
|---|---|---|---|
| *Andie Ali* Defendant | *CASE* *1803200474 Dismiss* | *Fraud To Cover Negligence* *Victim Rights CRIME* | PRO PER MOTION MOTION |

*CM 1514 93603    Affidavit Served To city heights Feb 8 18*

My next scheduled ☐ court date   ☐ payment is:

This motion is to ask the Court to: *Dismiss W/ Prejudice*
*Certified Statement Name Mismatch Citation Court has No Jurisdiction Over Matter*

☐ continue   [ ]arraignment   [ ]pretrial   [ ]trial   [ ]civil hearing   [ ]*TREASON*
☐ accelerate   [ ]arraignment   [ ]pretrial   [ ]trial   [ ]civil hearing   [ ]
☐ modify sentence to: *UNITED Nations Proclamation Declaration Violations*
☐ extend time to [ ]pay   [ ]present proof *Humans Right violations U.N.D.R.I.P*
☒ *Court Must Dismiss Code 42 U.S.C / Jurisdiction*
*Andie Ali Free National Name Andie High*
*Legal Fiction Plantiff Attempts To Deny Nationality*

This motion is made for the following reasons: *City Heights Apts is actually*
*Rilito Vilage Apts Under LLC Slum Lords Scotia*
*Group Management BBB Reports Closed Known*
*For Fraud and Perjury. False Charges of CRIME is*
*A Attempt To Avoid FEDERAL Criminal and Civil Prosecution*

I certify that I am not currently represented by legal counsel in this matter.
*Illegal Eviction/Accusation is mute*
*Fraud/Perjury*     *Andie Ali*
520-789-0347   *City Heights management 238 S San Jacinto*   Date *85713*
Defendant's Phone Number   *False statements*  Current Address   Zip

**DEFENDANT - DO NOT WRITE BELOW THIS LINE**

☐ No Objection
☐ Object

_____   _____
City Prosecutor           Date

**ORDER**

☐ Set motion for hearing before   [ ]any available judge.   [ ]assigned judge.

Hearing date:_____   Time:_____

☐ Granted.
  ☐ Reset [ ]arraignment   [ ]pretrial   [ ]trial   [ ]civil hearing   [ ]_____
    to _____ at _____
       new date      time

☐ Modify sentence   [ ]as requested   [ ]to:_____
☐ Extend time to [ ]pay [ ]present proof: [ ]as requested   [ ]_____
☐ Denied.
NOTIFY ALL PARTIES.

_____   _____
Judge            Date

Original-file   ☐ Yellow-Defendant   ☐ Pink-Prosecutor
CC Form 4-311

The claim form must be filled out completely and

| MAILED TO: | | HAND CARRIED TO: |
|---|---|---|
| City of Tucson<br>City Clerk's Office<br>P.O. Box 27210<br>Tucson, AZ 85726-7210 | **OR** | City of Tucson<br>City Clerk's Office<br>255 West Alameda<br>9th Floor |

*If you have questions regarding this form or the claims process, please call the City of Tucson's Risk Management Office at (520) 731-4723. The City Clerk may not accept service of claims or lawsuits filed against individual employees or their spouses.*

Claimant may wish to review applicable laws, such as the following:

1. Arizona Revised Statutes § 12-821  (excerpt listed at bottom of the Notice of Claim form)
2. Arizona Rules of Civil Procedure [Volume 16, Rule 4.1 (b)]
3. Tucson City Charter [Chapter XXV, Section 12 (with the exception of the 60-day claim filing period which has been superseded by the period specified in Section 12-821.01, Arizona Revised Statutes)].

## FOR CITY CLERK USE ONLY

1. ☐ Notice of Claim     ☐ Lawsuit     ☐ Subpoena          Log # _____
   ☐ Claim/Lawsuit Involves a Juvenile     Date of Birth: _____

2. Received By – Deputy City Clerk: _Kich Guena_

3. Describe: _____

   Received on Behalf of: _____

   Authorization on File?
   (Department Director or Code Official): ☐ Yes     ☐ No

   Does this claim involve a Minor?     ☐ Yes     ☐ No
   Attachments Included:     ☐ Yes     ☐ No
   Number of Pages: _____     (Include Notice of Claim Form and Information Sheet)
   Number of Photos: _____     BW ☐     Color ☐
   Photos Received In Risk Management By: _____     Date: _____

4. Method of Receiving Notice of Claim/Lawsuit:
   ☐ Process Server          Name: _____
      *or*
   ☐ Messenger Server     Signature: _____
   ☑ Personal Delivery     Name: _Andre Ali_
                           Signature: _Andre Ali_
   ☐ Regular Mail
   ☐ Certified Mail - Receipt # _____
   ☐ Other (Specify): _____

5. Email Distribution of Notice Claim (Courtesy Copies)
   ☐ Risk Manager     Date: _____     Received By: _____
   ☐ City Attorney     Date: _____     Received By: _____
   ☐ _____     Date: _____     Received By: _____
   ☐ _____     Date: _____     Received By: _____

Subpoenas Only:
   Check # _____     ☐ Cash     Amount $ _____          Payee: _____

Date/ Time Received

CITY OF TUCSON RECEIVED
18 MAR -7 AM 11: 50
OFFICE OF THE CITY CLERK

Page 1



# NOTICE OF CLAIM AGAINST THE CITY OF TUCSON

Pursuant to A.R.S. Sections 12-821 & 12-821.01
(and other applicable laws listed in the Instructions for Filing Your Claim)

| Risk Management Use only - CLAIM # | RECEIVED IN CITY CLERK'S OFFICE |
|---|---|

Name **Andre Ali**

| Mailing Address | Date of Birth |
|---|---|
| 1238 S San Jacinto | 09/30/1977 |

| Address | Apt# |
|---|---|
| 3700 N 1st AVE # Incident occurred | 1047 |

| City | State | Zip Code | Home Phone | Cell Phone |
|---|---|---|---|---|
| Tucson | Az | 85719 | | 520-289-0347 |

CITY OF TUCSON
OFFICE OF THE CITY CLERK
RECEIVED
18 MAR -7 AM 11: 50

## CLAIM FACTS

| Occurrence Date | Time of Day | Location (Street Address/Intersection) |
|---|---|---|
| 2/20/18 | 6:40 AM ☐ PM ☑ | Prince & 1st |

**Description of What Happened** (specify the event, act, or omission causing damage or injury) Attach additional pages, if necessary.

Unlawful arrest / Illegal eviction

**Property Damage?** Describe the property and extent of damage(s) sustained. Attach estimates, appraisals, and repair bills, if available.

See AFFidaviT

**Bodily Injury?** Describe the nature of the injury and when you first became aware of the injury. Attach copies of bills/receipts, if available.

BREANNA Bunch Pregnate Force To sleep out side

**Cause of damages and/or injuries:**

Victims Rights Violations

**Reasons why the City is responsible for your damages and/or injuries:**

Police acted under Bill SB1185 Drafted By City heights Apt's ATTorney Violation of U.N.D.R.I.P. and Code 42 U.S.C

**List names and addresses of witnesses, involved parties, and treating physician(s):**

| Name | Address | Daytime Phone |
|---|---|---|
| STOVER #4970 | Tucson Police Department | 911 |
| City Heights Apts | 3700 N 1st AVE | 520-293-1040 |
| Matthew D Koglmeier | 715 N Gilbert RD Suite 2 mesa Az 85203 | |

| Photographs Attached? | Yes ☐ No ☐ | Bills, Records, Receipts, Estimates and/or Invoices Attached? | Yes ☐ No ☐ |
|---|---|---|---|

Damages Claimed 2,000,060.00

| Property Damage: | $ |
|---|---|
| Bodily Injury: | $ |
| Other - Please specify: | $ |
| State the amount you would settle this claim should liability be found against the City | $ |

I, the undersigned, do solemnly swear (or affirm) that all of the above statements are true to the best of my knowledge and belief.

| 3/7/18 | Andre Ali |
|---|---|
| Date | Signature |

This form is provided to assist in filing a claim with the City of Tucson that complies with the requirements of A.R.S. § 12-821 and 12-821.01, which defines the requirements of filing a claim against a public entity in the State of Arizona. Failure to file a proper claim prior to the expiration of the statute of limitations may result in your claim being denied. Filing a valid, timely claim remains the claimant's sole responsibility.

A.R.S. § 12-821: All actions against any public entity or employee shall be brought within one year after the cause of action accrues and not afterward.

A.R.S. § 12-821.01: Persons who have claims against a public entity or a public employee shall file claims with the person or persons authorized to accept service for the public entity or public employee as set forth in the Arizona rules of civil procedure within one hundred eighty days after the cause of action accrues. The claim shall contain facts sufficient to permit the public entity or public employee to understand the basis on which liability is claimed. The claim shall also contain a specific amount for which the claim can be settled and the facts supporting that amount. Any claim that is not filed within one hundred eighty days after the cause of action accrues is barred and no action may be maintained thereon. ...roper notice of claim must be filed and denied before suit may be filed against a public entity or public employee. A claim will be barred by the statute of limitations if a lawsuit is not filed within one year after the cause of action accrues.

**IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM.** (Penal Code A.R.S. § 13-2311 - Insurance Code 44-1220)

**Koglmeier Law Group, P.L.C.**
715 North Gilbert Rd., Suite 2
Mesa, AZ 85203
Office 480.962.5353, Fax 480.615.3990

**Matthew D. Koglmeier, State Bar #007200**
*Attorney for the Plaintiff*

**Pima County Consolidated Justice Court**
*In And For The County Of Pima, State Of Arizona*
240 N. Stone Ave Tucson, AZ 85701
520-724-3171

## Summons
## Eviction Action

**CV16032818**

CV16 _____
Court Case Number

| Plaintiff(s) | Defendant(s) |
|---|---|
| SCOTIA GROUP MANAGEMENT LLC, dba, RILLITO VILLAGE 3700 N. 1ST AVE. TUCSON, AZ 85719 520-293-1040 | JOHN ARMOUR and any/all occupants 3700 N. 1ST AVE. #1047 TUCSON, AZ 85719 |

*PriOR*   *Resident Same Apt.*

### SEE RESIDENTIAL EVICTION INFORMATION SHEET ON PAGE 2

**THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(s):**

**YOU ARE HEREBY SUMMONED** to appear and answer this action in the above named Court on the following date:

*1 9 17*   *10 AM*

*Trial Date and Time*

**Be in the court room at least 15 minutes before the scheduled time for trial**

**IF YOU FAIL TO APPEAR, A DEFAULT JUDGMENT WILL LIKELY BE ENTERED AGAINST YOU, GRANTING THE RELIEF SPECIFICALLY REQUESTED IN THE ATTACHED COMPLAINT, INCLUDING REMOVING YOU FROM THE PROPERTY.**

*Requests for reasonable accommodations for persons with disabilities should be made to the above COURT as soon as possible. The Court expressly authorizes service by posting and certified mailing the summons complaint and, if applicable, Residential Eviction Procedures Information Sheet in this matter by utilizing the procedures set forth in A.R.S. 33-1377(B) or 33-1485(B).*

*You must appear on the above date and at the time shown above if you wish to contest the allegations in the attached complaint. For additional information, please see the attached Residential Eviction Procedures Information Sheet. If you do not agree with the allegations in the complaint, you should file a written answer admitting or denying some or all of the allegations and pay the required answer fee. In cases of hardship you may apply for deferral or waiver of the answer fee.*

*A trial may be held on the date stated above or it may be continued for up to three judicial days.*

*If you file additional pleadings, including an answer to the complaint, then a copy must be provided to the plaintiff's attorney, Koglmeier Law Group, P.L.C. at the address shown above left.*

*12 30 16*   **FELIX**

Signed and Sealed This Data   Justice of the peace

| Service Information For AAA Landlord Services | |
|---|---|
| Date / Time : _____  Person Receiving: _____ | ☐ Posted & Certified |
| I Declare under penalty of perjury that the foregoing is true and correct and was executed this date. | |
| Process Server: _____  Date Signed: _____ | FD20161229-16 |

**FD20161229-16**

## PIMA COUNTY CONSOLIDATED JUSTICE COURT

240 N. Stone Avenue, Tucson, AZ  85701  (520) 724-3171

*Took To District Court*

| PLAINTIFF<br>*Demandante*<br>Scotia Group<br>Management LLC, dba,<br>City Heights Apartment<br>Homes 3700 N 1st AVE<br>Tucson AZ<br>(Name/Address/Phone):<br>*(nombre/dirección/teléfono)*<br>520-293-1040 | CASE NO.<br>*Numero de Caso*<br><br>CV18006107<br><br>CIVIL MOTION<br>*Petición Civil* | DEFENDANT<br>*Demandado* BREANNA Bunch<br>Andre Ali<br>(3700 N 1st AVE 1047)<br>1238 S San Jacinto<br>(Name/Address/Phone): 520-789-03<br>*(nombre/dirección/teléfono)* 47 |
|---|---|---|

☑ **MOTION TO**/*Petición para: Dismiss With Prejudice*

☐ **RESPONSE TO MOTION**/*Contestación a la petición*      ☐ **REPLY TO RESPONSE**/*Respuesta a la contestación*

---

**If you have received this motion you have the right to file a response to this motion within ten (10) days from the date this motion was served. Your response must be filed with the court and copies of your response must be served to the other parties as provided by Rule 120 of the Justice Courts Rules of Civil Procedure. The court may treat your failure to respond to a motion as your consent that the motion be granted.** *Si usted recibió esta petición usted tiene el derecho de presentar una contestación a esta petición dentro de 10 días de la fecha que se le entrego esta petición. Su respuesta se debe de presentar al Tribunal y copias de su contestación deben de ser entregadas a las otras partes según la Regla 120 del Proceso Civil de las Reglas del Tribunal de Justicia. El tribunal puede tratar su falta de contestación a la petición como su consentimiento que la petición se conceda.* Rule 42 False Report By Nathen Apt manger

---

I am the/*Soy el/la* ☐ Plaintiff/*demandante*  ☑ Defendant/*demandada*    I would like the court to: /*Quisiera que el tribunal:*
Dismiss Plaintiffs Claims Andre's Last NAME Is Ali
Nationality Proclaimed. Plaintiff Committed Perjury and fraud
BECAUSE/*porque:* Plaintiff Failed To recongize Proclamation and
Affidavit of United STATES Constitution Republic
to proceed Is Violation of Constitution, International law
I state under penalty of perjury that the foregoing is true and correct. Rule 42. U.S.C.
*Afirmo bajo la pena de perjurio que lo anterior es fiel y exacto.* MATthew D Koglmeir #00800 Fraud

Date/*fecha:* 2/28/2018        Signature/*firma:* Andre Ali, Breanna Bunch
☐ Plaintiff/*demandante*  ☑ Defendant/*demandado*

---

## CERTIFICATE OF MAILING
*Certificado de envío*

I CERTIFY that I delivered / mailed a copy of this CIVIL MOTION to:
*Doy fe que entregue / envié por correo una copia de esta PETICION CIVIL a:*

☐ Plaintiff at address above  ☑ Plaintiff's Attorney  ☐ Defendant at the address above  ☐ Defendant Attorney
*Demandante a la dirección arriba*  *Abogado del Demandante*  *Demandado a la dirección arriba*  *Abogado del Demandado*

Date *fecha:* _____        Signature *firma* Andre Ali
☐ Plaintiff *demandante*  ☐ Defendant *demandado*

CITY HEIGHTS APARTMENTS
6340 N. CAMPBELL AVE, STE 170
TUCSON, AZ 85718

**SCOTIAGROUP**
MANAGEMENT, LLC

*City of Tucsons CASE*
*HAS A Hole* **SECURITY DEPOSIT RECONCILIATION** *IN it*

ORIGINAL

| | |
|---|---|
| Property:  **CITY HEIGHTS APARTMENTS** | Notice Date:  **Mutual Term.** |
| Apt Number:  **1047** | Lease Beg. Date:  **04/03/17** |
| | Lease Ending Date:  **04/30/18** |
| | Move-Out Date:  **02/28/18** |
| **Breanna Bunch & Andre Ali High** | Revision Date: |
| **1238 S San Jacinto** | New Res MI Date: |
| **Tucson        AZ        85713** | Monthly Rent:  **$460.00** |

☐ Lease Ending
☐ Lease Break
☐ Skip
☐ Eviction
☐ Cancellation
☐ Employee
☒ Exception
☐ TOS

TOS Apt # :

| ITEM | APPLICABLE | | | AMOUNT |
|---|---|---|---|---|
| **Ending Account Ledger Balance** | ☒ | Ending Balance:  $0.00 | | $0.00 |
| Accelerated Rent – Move-out Proration | ☐ | From: | | $0.00 |
| Other MO Prorations (MTM, Pet Rent, Pkg...) | ☐ | Monthly Amt:  $0.00 | | $0.00 |
| Concession Charge Back - Move in | ☐ | Concession:  $0.00 | | $0.00 |
| Concession Charge Back - Monthly | ☐ | Number Months:  0 | Conc/Mo:  $0.00 | $0.00 |
| Rental Tax | ☐ | Rate:  0.0% | | $0.00 |
| Lease Break Fees | ☐ | Lease Break:  $0.00 | | $0.00 |
| Late Charges | ☐ | Late Charges:  $0.00 | | $0.00 |
| Legal/Attorney Fees | ☐ | Legal:  $0.00 | | $0.00 |
| Cleaning/Damage Charges - SEE ADDENDUM A | ☐ | Clean/Dmg:  $0.00 | | $0.00 |
| Other Fees        Final Utility Bill | ☒ | Other Fees:  $25.71 | | $25.71 |

|  |  |
|---|---|
| **Additional Explanation:** | Total Move-Out Charges:  +  **$25.71** |
| | SECURITY DEPOSIT:  -  **$250.00** |
| | Move-out Credits:  -  $0.00 |
| | Previous Refund:  +  $0.00 |
| | **Refund Due to Resident:  =  ($224.29)** |

*signature*  3/16/18
Manager / Asst. Manager        Date

*signature*  3/1/18
Approved        Date

**Comments:**  Thank you for residing at a Scotia Group apartment community.  Please call us again for your future housing needs.

**Please Remit**
**Payment to:**  CITY HEIGHTS APARTMENTS
3700 N 1ST AVENUE
TUCSON, AZ 85719
(520) 293-1040

**Use additional sheets if necessary. PLEASE DO NOT USE THE BACK OF THIS FORM.**

INTER FAITH COMMUNITY
SERVICES A Witness By Way
OF Video Scotia property Management
FRAUD AND Sgt. J STOVER misconduct
Andre High ali gas Voucher & Food
Box ON Record

Tel 520-297-6049
FAX 520-797-3029

I understand that most written charges against lawyers eventually become a public record. I understand that all information on this form, including my name and address, will be available for review by the lawyer and others who may view the file. This charge form and other submissions by me will be sent to the lawyer.

DATE: 3/7/18            SIGNATURE: Andre Ali

                       Print/Type Name: Andre Ali

SUBMIT COMPLETED FORM TO:
STATE BAR OF ARIZONA
4201 N. 24th Street, Suite 100
Phoenix, AZ 85016-6266

4201 N. 24th Street, Suite 100 ♦ Phoenix, AZ 85016-6266
PHONE: 602-252-4804 ♦ FAX: 602-271-4930 ♦ PUBLIC: www.asbaz.org ♦ MEMBERS: www.myasbaz.org

# NOTICE OF CLAIM
## AGAINST THE STATE OF ARIZONA
Claim must be filed in accordance with A.R.S.§12-821.
Please type or print legibly. Press hard when completing information.
All blanks MUST be completed.

*ex Rel*

**CLAIMANT INFORMATION**

Claimant's Name: *Case # CR 2013 - 115264   Maurice Brooks*

Address: _____ City _____ State _____ Zip _____

Phone #(Home): _____ Work: _____ Date of Birth: _____

DATE OF OCCURRENCE _____, 20____

TIME OF OCCURRENCE _____ am/pm

LOCATION OF OCCURRENCE _____

Identify the circumstances under which the damages or injuries were sustained, the cause thereof and the nature and extent of the damage and/or injuries. List the State agency if known. You may attach additional pages if necessary.

*Sheriff Joe Arpaio MCSO*
*100 Washington st PHX Az #1900*
*602-876-1801. Rocks in Food chiped*
*Teeth, Feed 2 meals daily + 3 MAN Cell*
*Inhumane. Chandler P.D Detective Jansen*
*Chandler city Attorneys office. Public Defender*
*ERiKA Warner. All liable for damages*

Amount of Claim $_____   In order for a claim to be valid, ARS 12-821.01 (A) requires the claimant to include a specific amount for which the claim can be settled. The statute requires the claim be filed with the State of Arizona within 180 days after the cause of action accrues.

Claimant Signature: _____   Date: _____

Form RM015 (6/02) IPS 34

Let it be known to the CORPORATE UNITED STATES OF AMERICA, its many enclaves / corporate territories doing business as the STATE OF <> and / or as the COMMONWEATH OF <>, its many registered CORPORATIONS, and its agents / officers, et alia, the following:

We, Moors of Northwest Amexem have never been citizens of the United States of America nor can we ever be citizens of that foreign entity, as we are Moors of the Moorish Empire under the political classification today - Moorish American Nationals. As affirmed in the Original Thirteenth (XIII) Article of Amendment, we Moors can never be citizens (members of any of the European Colonies). Original XIII Amendment, Section XII of the United States Republic Constitution states:

Section 12: "The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendents of Africans shall not be citizens."

The same social and political position, excluding descendants of Africans from United States citizenship, has been perpetually held firm by the occupying Europeans on our Land, North America. Their contentious position was also reaffirmed and confirmed by the Supreme Court ruling in the citizenship and 'status' based 'Dred Scott Case' of 1857 A.D. The Supreme Court ruling essentially stated the following:

'In the month of March of the year 1857 A.D., the Supreme Court of the United States, led by Chief Justice Roger B. Taney declared that all blacks - - slaves as well as free – were not and could never be citizens of the United States. Thus the descendents of Africans shall not be citizens'.

A reaffirmation of that political truth expressed in the Original Article of Amendment 13 with its 20 Sections, and compounded by the Dred Scott Case, denies United States citizenship to all descendents of Africans. The Europeans coined the brands, negro, black, and colored, etc., to steal the birthrights of the Moors (who are the Aboriginal and Indigenous natural peoples of the Land).

The fact still remains true that the Moors never participated in any free elections by free will or by elected representatives from their own national peers. There is no record in history that shows that Moors (branded as blacks) ever agreed to be United States citizens. There is no public record that ever displayed any evidence of any 'Naturalization Process or Ceremonies' wherein Moors (branded as blacks) have ever agreed to the corporate 14th Amendment citizens of the occupying European colonists. This fact dispels any implied agreement by Moors (branded as black) to participate as artificial persons / corporate entity citizens under the plausible 14th Amendment.

Any untoward actions or claims initiated by United States corporate persons or government agencies, proposing to misclassify Moors or to impose any de facto claims of jurisdiction, are herein rebutted forever. The misrepresenting persons of the CORPORATE UNITED STATES OF AMERICA, et alia, never had any legitimate, valid, or lawful claims of jurisdiction over the Moors of the Land. Any acts or claims made by any representative(s) for the United States, or any claims made by any of the representatives for the several States or by their agencies, to the contrary, constitutes 'Human Trafficking', Piracy, and acts of Mispraxion and Treason. Peonage has been their function and colors their purposes of operations.

The same and other violations, initiated against the Moors, such as taxation without representation, etc., are violations made against the Treaty of Peace and Friendship; are violations made against the United States Republic Constitution; and are violations made against International Laws. These laws were established to protect Aboriginal and Indigenous natural peoples against colonial government - sponsored Slavery and Genocide, etc. The Officers of the three branches of government, and the Representatives of the United States, and of the several States, are bound by Oath, by Affirmation, and by Law, to support the Laws of nations against genocide, etc.; any laws or constitution of any State to the contrary notwithstanding.

I hereby declare to all our brothers and sisters of the Nations of the Earth, that the Moors of Northwest Amexem are awake; are mentally competent to inherit our Estate; and are, with focus, making sincere efforts (against all colonial odds and oppositions) to take our place amongst the 'Affairs of Men'.

As Moorish – Americans, the Heirs and Stewards of the Land, our first order of business is to 'restore' the 'Balance of Nature' on this Continent. I sincerely appeal to your humanity, and ask your help (Moors and true seekers of Justice) in bringing all violating People (foreign to this Continent) to justice; and have them account for their Treasonous, Genocidal treatments made and initiated against the Aboriginal Moors of Northwest Amexem.

I affirm for the record that Moors have never been, nor can they ever be U.S. corporate citizens, regardless of any misguided claims or misgivings presented or made by any deceiving parties. That same declarative affirmation is made to counter any falsely implied agreement made or assumed by any social or political considerations of 'colored' legislation. This supreme truth stands whether or not the aboriginal Moors were then, or are now conscious of their true nationality and birthrights or not!

Moors could never be citizens / members of the European Colonies / Guilds, whether the Europeans were Inquisition Colonists or whether they were among those authorized to exist and do business on this continent by our Fore-Father, the Emperor of Morocco. This truth of the Moors' primogeniture and hereditary birthright 'status' has been reaffirmed by Moorish / African history, by World History, and verified on countless

3

Social Security

*SSI OFFICE*
*United STATE Dept- OF*

## Program Operations Manual System (POMS)

*TREASURY WORK w/ STATE oF*
*A2*

TN 3 (04-10)

# RM 10210.430 What Documents Are Not Evidence of Identity for an SSN Card

## A. Are SSA records acceptable evidence of identity?

SSA records (e.g., Numident, award letter, Medicare card) cannot be used to establish identity. Do not issue a replacement SSN card, or a new SSN assigned, based on an old SSN card or stub. These records are SSA's own records and do not adequately establish an applicant's identity for SSA's purposes.

## B. Which identity documents are generally not acceptable?

### 1. What is the rule for questionable documents?

The documents listed in RM 10210.430B.3. of this subsection have less probative value than the documents listed under RM 10210.420. and may be based solely upon the person's allegations. Therefore, they should not be accepted by themselves to establish identity for SSA purposes.

### 2. Are there exceptions?

There are exceptions to the general rule that documents listed under RM 10210.430B.3. are not acceptable. Follow RM 10210.410 to determine if a document is acceptable evidence of identity when your office and region determines that a document listed in RM 10210.430B.3. of this subsection is acceptable evidence based on the **reason for its issuance** and the **basis for that issuance.**

Case 4:18-cv-01301-2 Document 43 Filed 06/01/18 Page 49 of 49

- Check cashing card

- Organization membership cards

- Bank deposit slip

- Telephone/Utility bill

- Fishing/hunting license

- Identification cards issued by local sports teams; e.g., an ID card issued by the community recreational council to players on a Little League team (such cards are generally based on an allegation alone)

- Ident-a-Kid card (although it may be issued through local schools or police departments, no information is maintained by any organization; the card is prepared based on the information provided by the parent)

- Form W-2

- Any document issued by World Service Authority (For more information on Other Novelties and Birth Records see RM 10210.720)

- Any identity card/document issued by a commercial firm (e.g., United States Identification card produced by the commercial firm United States Identification Card Systems, Inc.) because it is based on the purchaser's allegation alone (For more information on Commercial Identification Card Operations see RM 10210.725).

- Any identity card/document issued by a fictitious governmental organization or a private organization that purport to be governmental organizations (e.g., Moorish Consulate, Moorish National Bureau of Vital Statistics) because it is based on allegation alone (For more information on Commercial Identification Card Operations see RM 10210.725).

- Any document that is completed by the applicant (such as a blank immunization form where the parent or applicant completes the information identifying the individual).

- Prison and parole documents unless received directly from the prison under a formal MOU enumeration agreement. See RM 10225.125. Replacement SSN Cards for Prison Inmates Covered by a Memorandum of Understanding and RM 10225.135. Elements of a Prisoner Replacement Card Memorandum of Understanding (MOU).

**NOTE:** The documents listed are not individually acceptable as evidence of identity, however a document may be useful to support a secondary level identity document or an